AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Columbia

Joseph A. Buaiz Jr.

V.

UNITED STATES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:06CV01312

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 07/24/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~~ (name and address)

Joseph A. Buaiz Jr.
1783 Rocky Springs Road
Bean Station, Tennessee
37708

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

AUG 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON     JUL 2 4 2006
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 7/28/2006 |
| NAME OF SERVER *(PRINT)* Edward-Francis : Gulliver, Jr. | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Complaint, Statement of Facts, with Summons stapled atop; via Registered Mail # RA 671 058 977 US

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/28/2006___
                      Date

*Signature of Server:* Edward-Francis Gulliver, Jr.

*Address of Server:* Mountain Valley Road, Treadway, Tennessee

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Registered No. RA 671058977145 | Date Stamp |
|---|---|
| Reg. Fee 7.80 | |
| Handling Charge 60 | Return Receipt |
| Postage 8.50 | Restricted Delivery |
| Received by [signature] Kay Pinion | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM: Joseph A. Buais Jr.
1183 Rocky Springs Rd
Bean Station, Tn 37708

TO: Civil Process Clerk,
950 Pa. Ave.
Washington DC 20530

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Joseph A. Buaiz Jr.

V.

UNITED STATES

**SUMMONS IN A CIVIL ACTION**

CASE N    CASE NUMBER  1:06CV01312

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 07/24/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~~ *Pro SE* (name and address)

Joseph A. Buaiz Jr.
1783 Rocky Springs Road
Bean Station, Tennessee
37708

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

AUG 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON          JUL 2 4 2006

CLERK                                DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/28/2006 |
| NAME OF SERVER (PRINT) Edward Francis Pauliwe, | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
    Complaint, Statement of Facts, with Summons stapled atop; via Registered Mail # RA 671 058 963 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     7/28/2006
                 Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Registered No. RH 671058963US | Date Stamp |
|---|---|
| Reg. Fee 7.90 | |
| Handling Charge .60 | Return Receipt |
| Postage 1.83 | Restricted Delivery |
| Received by [signature] | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance<br>☐ Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

FROM: Joseph A. Brain Jr.
983 Rocky Springs Rd.
Bear Station, Tn. 37708

TO: Civil Process Clerk
501 3rd St. NW
Washington, DC 20001

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®