IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:06-CV-1312 (RMC) |
| | ) |
| UNITED STATES, | ) |
| c/o John LoCurto | ) |
| Trial Attorney, Tax Division | ) |
| United States Department of Justice | ) |
| 555 4th Street, N.W. | ) |
| Washington, D.C. 20001 | ) |
| | ) |
|     Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of John J. LoCurto as attorney for the defendant in the above-captioned action. The address listed in the caption is for overnight deliveries only. All other correspondence should be directed to the address listed in the signature block below.

Dated: September 26, 2006

                                                                Respectfully submitted,

                                                               /s/ John J. LoCurto
                                                               JOHN J. LOCURTO (D.C. Bar No. 481425)
                                                               Trial Attorney, Tax Division
                                                               U.S. Department of Justice
                                                               P.O. Box 227, Ben Franklin Station
                                                               Washington, D.C. 20044
                                                               Telephone: (202) 307-2793
                                                               Facsimile: (202) 514-6866
                                                               john.j.locurto@usdoj.gov

OF COUNSEL:
Kenneth L. Wainstein
United States Attorney

**CERTIFICATE OF SERVICE**

I certify that, on September 26, 2006, I electronically filed an entry of appearance on behalf of the United States and caused a copy thereof to be served on Plaintiff Joseph A. Buaiz Jr. via regular mail, postage prepaid, as follows:

> Joseph A Buaiz Jr., Plaintiff *Pro Se*
> 1783 Rocky Springs Road
> Bean Station, Tennessee 37708

>  /s/ John J. LoCurto
> JOHN J. LOCURTO
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 307-2793
> Facsimile:  (202) 514-6866
> john.j.locurto@usdoj.gov