IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-CV-1312 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS THE AMENDED VERIFIED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), the United States moves to dismiss the amended verified complaint, and submits a memorandum of law and proposed order in support of its motion. The United States seeks dismissal because this Court lacks subject matter jurisdiction over this action, or, in the alternative, because plaintiff fails to state a damages claim under 26 U.S.C. § 7433.

Respectfully submitted,

/s/ John J. LoCurto
JOHN J. LOCURTO (D.C. Bar No. 481425)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2793
Facsimile: (202) 514-6866
john.j.locurto@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

I certify that, on September 26, 2006, I electronically filed the United States' motion to dismiss the amended verified complaint, supporting memorandum of law, and proposed order, and caused copies thereof to be served on plaintiff Joseph A. Buaiz Jr. by mail, postage prepaid, as follows:

> Joseph A. Buaiz Jr., Plaintiff *Pro Se*
> 1783 Rocky Springs Road
> Bean Station, Tennessee 37708

/s/ John J. LoCurto
JOHN J. LOCURTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-2793
Facsimile:  (202) 514-6866
john.j.locurto@usdoj.gov