IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-1312 (RMC) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court, having considered the United States' motion to dismiss the amended verified complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and any opposition thereto, finds that the motion should be granted and that this action should be dismissed.

Accordingly, it is on this ___ day of _____, 2006:

ORDERED that the United States' motion to dismiss is GRANTED; and it is further

ORDERED that the amended verified complaint is dismissed for lack of subject matter jurisdiction; and it is further

ORDERED that the Clerk shall distribute copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph A. Buaiz Jr., Plaintiff *Pro Se*
1783 Rocky Springs Road
Bean Station, TN 37708

John J. LoCurto, Esq.
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

Kenneth L. Wainstein, Esq.
United States Attorney
District of District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530