IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Joseph A. Buaiz Jr.,

    Plaintiff,

-vs.-

UNITED STATES,

    Defendant.
_____/

Civil Action Nº: **1:06-CV-01312(RMC)**
Hon. Rosemary M. Collyer

MOTION FOR ENLARGEMENT OF TIME

    Plaintiff moves the Court for an enlargement of time in which to reply to the Motion to Dismiss filed September 26, 2006.

    Plaintiff respectfully requests an enlargement of time to adequately address the assertions contained therein.

    Plaintiff anticipates that an enlargement of twenty-one (21) days will be sufficient to adequately form a reply to defendant's Motion to Dismiss.

Dated: Oct 6th, 2006

Respectfully submitted,

*[signature]*
Joseph A. Buaiz Jr.

**RECEIVED**
OCT 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that on October 6th, 2006, true and complete copies of the foregoing Motion for Enlargement of Time and proposed Order were served upon the following, by USPS, addressed as follows:

JOHN J. LOCURTO
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

_Joseph A. Buaiz Jr._
Joseph A. Buaiz Jr.

-2-