IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Joseph A. Buaiz Jr.,

    Plaintiff,

-vs.-

UNITED STATES,

    Defendant.
_____/

Civil Action Nº: **1:06-CV-01312(RMC)**
Hon. Rosemary M. Collyer

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, having filed his Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the Court being duly and sufficiently advised in the premises now finds that the relief prayed for therein should be granted.

IT IS THEREFORE ORDERED that Plaintiff be granted an extension of twenty-one (21) days in which to respond, making said Response to Motion to Dismiss due on or before October 28th, 2006.

Dated:_____, 2006

_____
UNITED STATES DISTRICT JUDGE

Distribution to:

Joseph A. Buaiz Jr., Plaintiff Pro Se
1783 Rocky Springs Road
Bean Station, TN 37708


John J. LoCurto, Esq.
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227,
Ben Franklin Station
Washington, D.C. 20044


Kenneth L. Wainstein, Esq.
United States Attorney
District of District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530