IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
|         Plaintiff, | ) |
| v. | ) No. 1:06-CV-1312 (RMC) |
| UNITED STATES, | ) |
|         Defendant. | ) |

## ORDER

The Court, having considered the United States' motion to dismiss the amended verified complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6), plaintiff's opposition, and the United States' reply, finds that the motion should be granted as set forth below.

Accordingly, it is on this ___ day of _____, 2006:

ORDERED that the United States' motion to dismiss based on plaintiff's failure to exhaust administrative remedies is WITHDRAWN; and it is further

ORDERED that the United States' Fed. R. Civ. P. 12(b)(6) motion to dismiss for failure to state a damages claim under 26 U.S.C. § 7433 is GRANTED and counts 1 to 5, 7 to 10, 12, 13, 17 and 19 to 26 are DISMISSED; and it is further

ORDERED that the United States' Fed. R. Civ. P. 12(b)(1) motion to dismiss plaintiff's claims under the Administrative Procedure Act, Freedom of Information Act, Privacy Act, National Archives Act, Federal Records Act, All Writs Act and the Mandamus Act for lack of subject matter jurisdiction is GRANTED; and it is further

ORDERED that the United States shall answer, move or otherwise respond to counts 6, 11, 14 to 16 and 18 of the amended complaint, within 30 days of the date this order is entered; and it is further

ORDERED that the Clerk shall distribute copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph A. Buaiz Jr., Plaintiff *Pro Se*
1783 Rocky Springs Road
Bean Station, TN 37708

John J. LoCurto, Esq.
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

Jeffrey A. Taylor, Esq.
United States Attorney
District of District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530