**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSEPH A. BUAIZ JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06-CV-1312 (RMC) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that, on November 16, 2006, I electronically filed the United

States' reply and revised form of order, and caused copies thereof to be served on

plaintiff by regular mail, postage prepaid, as follows:

Joseph A. Buaiz Jr., Plaintiff *Pro Se*
1783 Rocky Springs Road
Bean Station, TN 37708

/s/ John J. LoCurto
JOHN J. LOCURTO