**Department of the Treasury**
Office of Inspector General: Tax Administration
J. Russell George (Acting Inspector General)
1111 Constitution Avenue NW (3031 IR)
Washington D.C. 20224
Registered Mail # RA 671 058 985 US

**Department of the Treasury**
Office of Inspector General: Tax Administration
Attn: (Special Agent In Charge/TIGTA)
401 W. Peachtree St., NW,
Atlanta, GA 30308
Registered Mail # RA 671 058 994 US

**Commissioner's Complaint-**
**Processing Analysis Group**
Room #5579
1111 Constitution Ave., N.W.
Washington, D.C. 20224
Registered Mail # RA 671 059 005 US

**TIGTA Office. Fraud Investigation**
P. O. Box 589
Ben Franklin Station
Washington, D.C. 20044-0589

Registered Mail # RA 671 059 014 US

From:
Joseph A. Buaiz Jr. Complainant          September 23rd, 2006
1783 Rocky Springs Rd.
Bean Station, Tennessee
        37708

Re: Unlawful acts of Revenue Officers and, or Agents
    Multiple violations under: 26 U.S.C. § 7214 (a), (1), (2), (3), (4), (7), & (8).

   The Inspector General Act of 1978, Pub. L. No. 95-452, 92 Stat. 1101 (Oct. 12, 1978) (codified, as

amended, at 5 U.S.C. App.), as amended by Internal Revenue Service Restructuring and Reform

Act of 1998, Pub. L. No. 105-206, 112 Stat. 685, 705 (July 22, 1998), requires your organization to

review IRS's actions taken to improve service to taxpayers in a number of areas.

   The attached Criminal Complaint and Addendum thereto allege, on the part of IRS Revenue Agent,

Velvet Cole, employee # 62-03098, et al, commission of the Felonies named below:

        * Multiple violations of 18 U.S.C. §1001, False/fraudulent statements, writings,

        * Multiple violations of 18 U.S.C. §1018, Falsification of Official Certificates etc.,

        * Violation of 18 U.S.C. §1341, Mail Fraud,

        * Multiple violations of 18 U.S.C. §912, Falsely pretending to be acting under the authority of the
        United States, or a department, agency, or officer thereof,

        * Multiple violations of 18 U.S.C. § 2073, Making False and Fictitious records,

        * Multiple violations of 18 U.S.C. § 1512 (b)(1)(3), & (c)(1) Tampering with a witness,

        * Multiple violations of 18 U.S.C. § 241, Conspiracy against rights.

**1:06-CV-01312 (RMC)   Exhibit Q**

Complaint against Velvet Cole, et al          Page 1 of 2

Joseph A. Buaiz Jr.
c/o 1795 Rocky Springs Road
Bean Station, Tennessee
May 19th, 2006


Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530 – 0001                    Registered Mail # RB 931 426 022 US


Re: Criminal Complaint against one: Velvet Cole, ALIAS  Et al.


General Gonzales,

    The following Affidavit of Complaint is made pursuant to Title 18 U.S.C. §4, wherein the duty

to report felonies is set forth. In accordance with said requirement, you are herby Noticed as to the

commission of felonies cognizable to a Court.

    Complainant / Affiant fully expects the crimes cited herein to be investigated and prosecuted.

---

## AFFIDAVIT OF COMPLAINT


## CRIMES AGAINST THE UNITED STATES
## COMMITTED BY
## IRS AGENT VELVET COLE, EMPLOYEE # 62-03098


1.) 18 U.S.C. §1018, Official certificates or writings; to wit: Velvet Cole, knowingly made and

delivered (via USPS) as true, an Official Certificate, Form 2039 Part C, Third Party

Summons, which contained statements she knew to be false. Velvet Cole certified the

Third Party Summons she mailed to Complainant was executed and issued on May 3rd,

2006. Postal records prove said summons was executed and issued at least two days prior.

This act, committed by Agent Cole in her capacity as Revenue Agent, constitutes a crime

against the United States. See Exhibit: A

2.)   18 U.S.C. §1001, Knowingly and willfully making false, fictitious, or fraudulent statements or representations, or making or using any false writing or document knowing same to contain any false, fictitious or fraudulent statement or entry; to wit:  Moments after making the false statement wherein she claimed to be, 'Special Agent Velvet Cole from the Internal Revenue Service', Ms. Cole produced and displayed her Pocket Commission. Said Pocket Commission bore the suffix "A" immediately after the serial number. When Complainant commented on Ms. Cole's Administrative Pocket Commission, Ms. Cole uttered a second false statement; "A means Agent". Agent Cole's uttered statements were false, fictitious, and fraudulent misrepresentations. Agent Cole's willfully uttered false, fictitious, and fraudulent statements were intentional misrepresentations of the Official United States issued Pocket Commission she presented. Agent Cole's actions in this instance constitute crimes against the United States.

3.)   18 U.S.C. §1341, Mail Fraud; to wit: Agent Cole engaged in criminal use of the mails to threaten and extort by coercion, and through fraudulent, unlawful means to obtain information; to wit: On May 3rd, 2006, less than one hour after Agent Cole hand delivered to Complainant a Form 2039, Part A Summons, Complainant received, via USPS, a Form 2039 Part C, Third Party Summons.  Said unauthorized third party summons was directed to Complainant, and bore the genuine signature of Velvet Cole. Ms. Cole signed said Third Party Summons as the issuing officer, certifying that same was executed and issued on the 3rd day of May, 2006. The envelope in which said summons was delivered carried a post mark of May 01 06. Ms. Cole executed and signed said third Party Summons at least two days prior to the false date she certified upon the document itself.  Ms. Cole made a false and fictitious Official Record by entering false and fraudulent date information upon an Official Record of an agency of the United States, and used the mails to deliver said fraudulent Official Record of the United States to Complainant. Agent Cole's hand written name appears in the return address area of said envelope.

See Exhibit: B

**Exhibit Q**

4.) 18 U.S.C. §912, Agent Cole falsely pretended to be an acting under the authority of the United States or a department, agency, or officer thereof. Agent Cole was clearly acting without authority when she committed the aforesaid violations. Agent Cole demanded that Complainant appear in response to illegally issued summonses to give sworn testimony and surrender books, papers, records, etc. Agent Cole falsely acted as though she possessed Law Enforcement authority when she threatened Complainant by stating, "That's a real summons. If you don't appear, you'll be picked up." Agent Cole has not been commissioned with the authority to issue summonses and, or make demands upon, or threats against Citizens. Agent Cole's actions in this instance constitute crimes against the United States.

5.) 18 U.S.C. §2073, Making False and Fictitious records; to wit: Less than one hour after Agent Cole hand delivered to Complainant a Form 2039, Part A Summons, Complainant received, via USPS, a Form 2039 Part C, Third Party Summons. Said unauthorized Third Party Summons was directed to Complainant, and bore the genuine signature of Velvet Cole. Ms. Cole signed said summons as the issuing officer, certifying that said third party summons was executed and issued on the 3rd day of May, 2006. The envelope in which said summons was delivered carried a post mark of May 01 06. Ms. Cole executed and signed said summons at least two days prior to the false date she certified upon the document itself. Ms. Cole made a false and fictitious Official Record by entering fraudulent information upon an Official Record of an agency of the United States. Agent Cole's actions in this instance are crimes against the United States. See Exhibit: B

6.) 18 U.S.C. §912, Agent Cole falsely pretended to be an acting under the authority of the United States or a department, agency, or officer thereof. Agent Cole was clearly acting without authority when in reply to Complainant questioning her authority to make entry onto private property, she stated, "I assure you that I have the authority to come here." Agent Cole admitted, through the production and display of her Administrative Pocket Commission, that she was pretending to be acting under the authority of an agency or department of the United States. Agent Cole's position within IRS is merely administrative. Agent Cole's actions in this instance are crimes against the United States.

7.)   18 U.S.C. §§1512(b)(1)(3) & (c)(1), Tampering with a witness; to wit: Agent Cole was
      previously Noticed of Complainant's intention to file a Civil Suit, and thereby be Plaintiff
      / Witness in said suit for damages under the provisions of 26 U.S.C. §7433-1 in United
      States District Court prior to her execution, issuance, and delivery of said unauthorized
      summonses. Regarding "Tax Years" 2004 and 2005, Agent Cole was aware that IRS has
      already accepted returns for these years, recalculated, and returned determination letters to
      Complainant. IRS calculated Complainant overpaid for years 2004 and 2005. Agent Cole's
      desire to investigate "Tax Years" 2004 and 2005 is not only unauthorized, but completely
      unwarranted as well. The IRS has rendered determinations in favor of Complainant for
      both 2004 and 2005. Agent Cole is aware that Complainant had no taxable income during
      the other years cited in said summonses. See Exhibits: C, D, E, & F

8.)   18 U.S.C. §1001, Knowingly and willfully making false, fictitious, or fraudulent
      statements or representations, or making or using any false writing or document knowing
      same to contain any false, fictitious or fraudulent statement or entry; to wit:  Agent Cole
      made, executed, and issued a Form 2039 Part C, Third Party summons, delivered via
      USPS, to the Complainant. Said summons contained false and fraudulent entries in that the
      date, May 3rd, 2006, Agent Cole entered onto said Official Certificate was known by her to
      be false and fraudulent upon entry. The aforesaid violation was committed by Agent Cole
      in her capacity within the jurisdiction of a department or agency of the United States.
      Agent Cole's actions in this instance constitute a crime against the United States.  See
      Exhibit: B

**Exhibit Q**

## ANCILLARY INFORMATION

Indistinguishable signatures were entered onto said summonses in there area reserved for 'approving officer'. Said signatures were followed by the entry; "Group Manager". Complainant phoned the office of Velvet Cole on, or about May 13th, 2006 to ask the  identity of Agent Cole's Group Manager. Agent Cole identified the person who signed said summonses as "Group Manager" to be one; Kathleen Thacker, and affirmed that Kathleen Thacker is Agent Cole's Group Manager.

18 U.S.C. §2(a) and (b) set forth with particularity the conditions precedent to being punished as the Principal applicable to anyone who aids, abets, counsels, commands, induces or procures the commission of crimes against the United States. Kathleen Thacker, as co-signatory, has aided and abetted Agent Cole in the perpetration of Crimes against the United States, as detailed above. See Exhibits: A & G, Copy of un-attested First Party Summons

## VIOLATIONS OF TITLE 18 U.S.C. COMMITTED BY
## AGENT VELVET COLE, IRS EMPLOYEE # 62-03098
## AGAINST COMPLAINANT

1.) 18 U.S.C. §241, Conspiracy against rights, On May 3rd, 2006, Revenue Agent Velvet Cole, and an unidentified accomplice, made unauthorized entry onto private property located in Grainger County, Tennessee. Ms. Cole and her accomplice traveled to, arrived in and departed in a single vehicle. During their unauthorized stay on said private property, Ms. Cole and her accomplice both produced and displayed Internal Revenue Service Pocket Commissions bearing the suffix "A" immediately following the serial numbers. Ms. Cole threatened Affiant/Complainant by stating that "That's a real summons. If you don't appear, you'll be picked up." Ms. Cole violated Complainant's Fifth Amendment Right by executing, issuing, and delivering an unauthorized summons which demands appearance, testimony, and production of books, records, and papers. Said summons plainly states such testimony and records will be used in an investigation of offenses connected with internal revenue laws.

2.)   18 U.S.C. §1001, Making false, fictitious, or fraudulent statements or representations, or making or using any false writing or document; to wit: On May 3rd, 2006, upon making unauthorized entry onto private property, Agent Velvet Cole introduced herself to Complainant as, 'Special Agent Velvet Cole from the Internal Revenue Service'. Said statement was a material misrepresentation uttered under color of law. Agent Cole then produced and displayed her Administrative Pocket Commission which bore the suffix "A" immediately after the serial number, thereby providing evidence of her true status, and lack of authority.

3.)   18 U.S.C. §241, Conspiracy against rights, On May 3rd, 2006, Revenue Agent Velvet Cole, and an unidentified accomplice, made unauthorized entry onto private property located in Grainger County, Tennessee. Ms. Cole and her accomplice traveled to, arrived in and departed in a single vehicle. During their unauthorized stay on said private property, Ms. Cole and her accomplice both produced and displayed Internal Revenue Service Pocket Commissions bearing the suffix "A" immediately following the serial numbers.  Ms. Cole intimidated Complainant by stating, "I assure you that I have the authority to come here." Ms. Cole violated Complainant's Fourth Amendment Right as it pertains to being secure in one's person, house, papers, and effects. By uttering the phrases, "That's a real summons. If you don't appear, you'll be picked up." Ms. Cole used extortion, intimidation, and coercion in an effort to force Complainant to comply with said unauthorized summons.

4.)   18 U.S.C. §1001, Making false, fictitious, or fraudulent statements or representations, or making or using any false writing or document; to wit: On May 3rd, 2006, upon making unauthorized entry onto private property, Agent Velvet Cole uttered the false statement, "I assure you that I have the authority to come here." Said statement was a material misrepresentation uttered under color of law.

## CRIMES AGAINST THE UNITED STATES
## COMMITTED BY
## IRS EMPLOYEE, PATRICIA LEWIS

1.) 18 U.S.C. §1001, Making false, fictitious, or fraudulent statements or representations, or making or using any false writing or document; to wit: Internal Revenue Employee Patricia Lewis, Team Leader – Team 102, knowingly made and delivered as true, Official Certificates of an agency of the United States which contained false, fictitious, and fraudulent entries. Patricia Lewis certified that certain records, Form(s) 23-C which IRS admits do not exist, were available to her and used by her in the compilation of twelve Official IRS Form(s) 4340, which Ms. Lewis certified as being true and complete.
IRS Form(s) 4340 are Official Records of the United States. Ms. Lewis's falsification of said Official Record(s) constitutes crimes against the United States. A copy of one such Form 4340, certified by Ms. Lewis is attached as; Exhibit: H

2.) 18 U.S.C. §1018, Official certificates or writings; to wit: Internal Revenue Employee Patricia Lewis, Team Leader – Team 102, knowingly made and delivered as true, Official Certificates of an agency of the United States which contained false, fictitious, and fraudulent entries. Patricia Lewis effectively certified upon Official Certificates of the United States that certain records, Form(s) 23-C, which IRS admits do not exist, were available to her and used by her in the compilation of twelve Official IRS Form(s) 4340 which Ms. Lewis certified as being true and complete. Ms. Lewis's falsification of said Official Record(s) constitutes crimes against the United States. See Exhibit: H

3.) 18 U.S.C. §1018, Said false and fraudulent Official Records made by Patricia Lewis cite twenty seven different instances of alleged assessments, and eleven different "Assessment Date(s)", however, the Internal Revenue Service effectively admits that none of the aforesaid occurrences ever took place. Said Official Records/Certificates carry original signatures of Patricia Lewis, complete with discernable impressions present on the reverse sides of the certification page of each Official Form. Said certified Forms cite "Assessment Date(s)", "Assessment(s)" and "23C" dates. IRS has already admitted that no assessment information exists which pertains to Complainant. See Exhibit: H

1:06-CV-01312 (RMC)    **Exhibit Q**

Patricia Lewis has certified the existence of records which her employer, IRS, has already admitted do not exist. Ms. Lewis's actions are violations of 18 U.S.C. §1018. Ms. Lewis's falsification of said Official Record(s) of the United States constitutes crimes against the United States.

4.) 18 U.S.C. §2073, Making False and Fictitious records; to wit: The aforesaid false and fraudulent Official Records made by Patricia Lewis are being maintained as Official Records by IRS, an agency of the United States, much to the detriment of Complainant. Settlement Officer Danny Williams was effectively misled by said false and fraudulent Official Records. Complainant asked Settlement Officer Danny Williams to produce evidence of assessments, specifically Form(s) 23C.

Danny Williams instead mailed Complainant the twelve original Form(s) 4340 made by Patricia Lewis. Mr. Williams' reliance upon said falsified and fraudulent Official Records adversely effected Complainant's right to a meaningful CDP hearing. See Exhibit: I

## CRIMES AGAINST THE UNITED STATES
## COMMITTED BY
## IRS EMPLOYEE IDENTIFIED ONLY AS: S. SMITH

1.) 18 U.S.C. §1001, Official statements and entries, two incidents; to wit: Internal Revenue Employee identified only as: S. Smith entered false and fraudulent dates upon Official Postal service Form(s) 3811, Domestic Return Receipts, PS Form(s) 3811, for Article Numbers, RB 931 426 226 US and RB 931 426 243 US. Said Return Receipts are the Official Records of the United States Postal Service, an agency of the United States. S. Smith has entered false, fictitious, and fraudulent information onto Official Records of an agency of the United States. See Exhibits: J & K

2.) 18 U.S.C. §1018, Official certificates or writings; to wit: Internal Revenue Employee identified only as S. Smith, by entering false and fraudulent date information upon said Domestic Return Receipts, created Official Certificates containing information which he/she knew, or should have known to be false.

1:06-cv-01312 (RMC)    **Exhibit Q**

Delivery and acceptance information retrieved by United States Post Office personnel provides evidence that said Registered Mail articles were delivered and accepted on April 28th, 2006. The falsified Official Record made by S. Smith shows the fictitious date of May 5th, 2006 as the date said articles were delivered and accepted. S. Smith's fraudulent date entry is seven days later than the actual date upon which said articles were delivered and accepted. S. Smith has perjured Official Records of an agency of the United States. See Exhibits: J & K

3.) 18 U.S.C. §2073, Making False and Fictitious records; to wit: The aforesaid false, fictitious and fraudulent Official Records made by S. Smith constitute clear violations of 18 U.S.C. §2073, in that the Registered Mail articles referenced by said Domestic Return Receipts were delivered a full week prior to the dates S. Smith fraudulently entered upon said Domestic Return Receipts. S. Smith's actions constitute intentional efforts to falsify the Official Records, of correspondence addressed to the Internal Revenue service in Violation of 18 U.S.C. §2073. S. Smith's falsification of Official Records of an agency of the United States constitutes crimes against the United States.

Further Affiant sayeth naught

Affiant: _Joseph A. Buaiz Jr._

Joseph A. Buaiz Jr.

State of Tennessee

County of Grainger

Sworn and subscribed before me on: May 19th, 2006. WITNESS my hand and official seal.

Signature: _Barbara S. Wolfe_ _____ NOTARY PUBLIC

My Commission expires: ___3-28-2010___

Seal:



Criminal Complaint to
Alberto Gonzales, Attorney General

CRIMES AGAINST THE UNITED STATES, Et alius

EXHIBIT LIST

EXHIBIT A: Third Party Summons issued by Velvet Cole

EXHIBIT B: Envelope in which Third Party Summons was delivered via USPS

EXHIBIT C: Letter to Velvet Cole showing foreknowledge of intent to file 7433-1 suit

EXHIBIT D: Letter to Velvet Cole showing foreknowledge of intent to file 7433-1 suit

EXHIBIT E: Acceptance and determination letter regarding return for 2004

EXHIBIT F: Acceptance and determination letter regarding return for 2005

EXHIBIT G: First Party Summons showing failure to attest

EXHIBIT H: 1 of 12 Form(s) 4340 certified by Patricia Lewis

EXHIBIT I: Letter from Danny Williams evidencing his reliance upon fraudulent Form(s) 4340

EXHIBIT J: Domestic Return Receipt containing false, fictitious, and fraudulent entries

EXHIBIT K: Domestic Return Receipt containing false, fictitious, and fraudulent entries

CRIMINAL COMPLAINT TO USAG GONZALES
CRIMES AGAINST THE UNITED STATES, Et alius
EXHIBITS LIST
1:06-CV-01312 (RMC)    Exhibit Q

Registered Mail No. RB 931 426 022 US



# Summons

In the matter of  Joseph A Buaiz, Jr.

Internal Revenue Service (Division):  Small Business/Self-Employed
Industry/Area (name or number):  Gulf States Area, Birmingham Territory
Periods:  Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005

## The Commissioner of Internal Revenue

**To:**  Joseph A Buaiz, Jr.

**At:**  1795 Rocky Springs Road Bean Station, Tennessee 37708

You are hereby summoned and required to appear before  Velvet Cole, Revenue Agent 62-03098
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents, books, and records in your possession or control reflecting the receipt of taxable income and expenses by you for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Including, but not limited to: statement of wages or commissions for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Statements regarding interest or dividend income for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Statements of employee earnings for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Records of deposits to bank accounts, bank statements, and canceled checks during the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services, including gains from dealings in property, interest, rental, royalty, and dividend income, alimony, annuities, income from life insurance policies, and endowment contracts, pensions, income from discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust, and expenses and deductions, so that Federal Income Tax Liability for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005 can be determined.

### Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

710 Locust Street Suite 400 Knoxville, TN. 37901 865-545-4451 ext 228

**Place and time for appearance at**  710 Locust Street Suite 400 Knoxville, TN. 37901 865-545-4451 ext 228

# IRS

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___25th___ day of ___May___ ___2006___ at ___9:00___ o'clock ___a___ m.
                                                    (year)
Issued under authority of the Internal Revenue Code this ___3rd___ day of ___May___, ___2006___
                                                                                  (year)

_Signature of issuing officer_  ——— Revenue Agent
                                            Title

_Signature of approving officer_ ——— Group Manager

# Exhibit Q

Part C — to be given to noticee

06-CV-01312 (RMC)



U.S. POSTAGE
KNOXVILLE
TN 37902
U.S OFFICIAL MAIL
$0.630
MAY 01 06
580008
$300 PENALTY FOR PRIVATE USE

FIRST
CLASS

**Internal Revenue Service**
Attn: ꞈꞈ꞉ꞈ ꞈꞈꞈ
710 Locust Street, Suite 400
Knoxville, TN 37902

Official Business
Penalty for Private Use, $300

3770846617-35 R004

**1:06-CV-01312 (RMC)**     **Exhibit Q**

One cannot prove a negative, therefore you, the proponent of the inquisition style examination, bear the burden of providing the evidence to support your position.

a. Please provide a copy of all evidence and information upon which you relied to make the determination that I am had a tax liability for "Tax Period(s) December 31, 2002, as cited in your mailing dated March 29[th], 2006.

b. Your mailing of March 23rd plainly cites "Small Business and Self Employed Division". Your mailing of March 29th plainly cites "Small Business and Self Employed". Please provide whatever evidence you might be operating under which leads you to believe that I either own a small business, or am self employed, as defined in the Internal Revenue Code.

I expect you, the proponent of the proposed inquisition to produce the above listed documentation within the ten day period prescribed by law at: 26 CFR §601.702(c) In the alternative, you may recuse yourself from this case so long as you provide notice of recusal signed under penalties of perjury. Upon recusal, I expect you to provide sworn evidence testifying that you withdraw any and all claims, demands and/or encumbrances issued directly or indirectly within the scope of your alleged administrative authority. I will not be a pen pal to you or anyone else within your agency.

Your actions, including inactions, will be well noted in my Title 26 §7433-1 civil action.

In short, Ms. Cole, there will be no 'first meeting', nor any subsequent meetings, unless and until you provide all of the aforementioned verification. The Supreme Court has decided that I am not only permitted, but *required* to challenge the authority of persons such as yourself. The documentation listed above and in my previous Fax transmittal (copy enclosed), dated March 31st, 2006, represent the minimum standard of verification I will accept under the circumstances which you have created.

By: _Joseph A Buaiz Jr._
   Joseph A Buaiz Jr.   All Rights Reserved

State of Tennessee

County of Grainger

On April 3rd, 2006, Joseph A Buaiz Jr. personally (proved to me on the basis of satisfactory evidence) appeared before me and executed the foregoing instrument. WITNESS my hand and official seal.

Signature: _Barbara S. Wolfe_ _____ NOTARY PUBLIC
My Commission expires: _4-15-2006_

                    Seal:

NOTE: THIS DOCUMENT WILL BE MADE PART OF THE PUBLIC RECORD UNDER RULE 902 (4), (8) OF THE FEDERAL RULES OF EVIDENCE AND WILL BE USED TO ESTABLISH AN ADMINISTRATIVE RECORD WHICH WILL BE PROVIDED AS EVIDENCE IN ANY JUDICIAL PROCEEDINGS AT LAW OR EQUITY REGARDING THIS MATTER.

**1:06-CV-01312 (RMC)**    **Exhibit Q**

Administrative Procedures Act of 1948, Art. V Sec. 556(d), states, <u>"the proponent of a rule or order has the burden of proof"</u>.

You may have further opportunity to expound upon your opinions regarding the "frivolous" nature of the Congress of the United States and the decisions of the Supreme Court when deposed.

Frankly, Ms. Cole, I am very disappointed in your performance. You have taken a groundless position, and have shown an unwillingness to change; this despite the fact that you have been provided with copies of the applicable laws and regulations. Further, your inference that you are more knowledgeable in Law than our Congress and our Supreme Court leads me to believe you are entirely unqualified to be in a position wherein you are permitted to deal with the general public. You should be ashamed of yourself.

I suggest you become far more acquainted with the applicable Laws and implementing Federal Regulations (CFR), Supreme Court decisions, the Constitution, and the Statutes at Large prior to engaging in any future correspondence with the general public.

By: _Joseph A Buaiz Jr._                _All Rights Reserved_
    Joseph A Buaiz Jr.              All Rights Reserved


### NOTARY JURAT


State of Tennessee                                    County of Grainger

On April 24th, 2006, Joseph A Buaiz Jr. personally (proved to me on the basis of satisfactory evidence) appeared before me and executed the foregoing instrument. WITNESS my hand and official seal.

Signature: _Barbara S. Wolfe_                NOTARY PUBLIC
My Commission expires: _3-28-2010_

                                             Seal:

<u>NOTE:</u>

THIS 4 PAGE NOTARIZED DOCUMENT WILL BE MADE PART OF THE PUBLIC RECORD UNDER RULE 902 (4), (8) OF THE FEDERAL RULES OF EVIDENCE AND WILL BE USED TO ESTABLISH AN ADMINISTRATIVE RECORD WHICH WILL BE PROVIDED AS EVIDENCE IN ANY JUDICIAL PROCEEDINGS AT LAW OR EQUITY REGARDING THIS MATTER.



Department of the Treasury
**Internal Revenue Service**
P.O. Box 249
Memphis, TN  38101-0249

37708    IRS USE ONLY    WI

For assistance, call:
1-800-829-0922
**Your Caller ID:**  719643

**Notice Number:** CP49
**Date:** April 10, 2006

**Taxpayer Identification Number:**
⬛⬛⬛4656
**Tax Form:** 1040
**Tax Year:** December 31, 2004

020575.260119.0081.002 1 MB 0.326 790

JOSEPH A  BUAIZ
1795 ROCKY SPRINGS RD
BEAN STATION  TN  37708-6617951

020575

### Overpaid Tax Applied to Other Taxes You Owe

We applied $199.00 of the overpaid tax on your 2004 tax return to the unpaid balance of other Federal Taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $199.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $199.00 |
| Total Amount Applied | $199.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040A | Dec. 31, 1993 | $199.00 | $13,679.66 |

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

## 1:06-CV-01312 (RMC)   Exhibit Q

IRS USE ONLY    WI

Department of the Treasury
**Internal Revenue Service**
Atlanta, GA 39901-0025

Customer Service
1-800-829-0922
**Your Caller ID:** 719643
If you call us refer to this information:

Number of this Notice: CP16
Date of this Notice: April 10, 2006
Taxpayer Identification Number:
_____-4656
Tax Form: 1040
Tax Period: December 31, 2005

020574.263119.0081.032 1 MB 0.326 865



JOSEPH A BUAIZ
1795 ROCKY SPRINGS RD
BEAN STATION  TN  37708-6617951

**Amount of your refund: $.00**

020574

We changed the overpayment amount on your 2005 tax return because we found one or more mistakes that changed your total tax and/or payments. You may have expected a different refund amount or no refund at all. Our records show you owe other Federal tax(es). We applied part or all of the overpayment to the underpaid account(s). We have listed the explanations of the change(s) and the amount(s) applied on the following page(s).

## 2005 TAX STATEMENT

Please compare your return with the tax statement shown.

**If you agree** with our figures *do not contact us*

**If you disagree** with our figures or the way we processed your return, you may call the **Customer Service** number.

| Line Item On Return | Your Figures | IRS Figures |
|---|---|---|
| **Adjusted Gross Income** | $24,397.00 | $24,397.00 |
| **Taxable Income** | $6,597.00 | $9,797.00 |
| **Total Tax** | $658.00 | $101.00 |
| **Total Payments** | | $124.00- |
| **Overpayment** | | $23.00- |
| Less:<br>*Interest:<br>Applied to other Federal taxes<br>Amount applied to next year's estimated tax<br>TOTAL SUBTRACTED | | $.00<br>$23.00-<br>$.00-<br>$23.00 |
| **Amount Of Refund Per This Notice** | | $.00 |

*Interest added, if any*

*See the following pages of this notice for penalty and interest explanations.*

**1:06-CV-01312 (RMC)   Exhibit Q**



# Summons

In the matter of  Joseph A Buaiz, Jr.

Internal Revenue Service (Division):  Small Business/Self-Employed

Industry/Area (name or number):  Gulf States Area, Birmingham Territory

Periods:  Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005

## The Commissioner of Internal Revenue

To:  Joseph A Buaiz, Jr.

At:  1795 Rocky Springs Road Bean Station, Tennessee 37708

You are hereby summoned and required to appear before  Velvet Cole, Revenue Agent 62-03098
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents, books, and records in your possession or control reflecting the receipt of taxable income and expenses by you for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Including, but not limited to: statement of wages or commissions for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Statements regarding interest or dividend income for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Statements of employee earnings for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Records of deposits to bank accounts, bank statements, and canceled checks during the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services, including gains from dealings in property, interest, rental, royalty, and dividend income, alimony, annuities, income from life insurance policies, and endowment contracts, pensions, income from discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust, and expenses and deductions, so that Federal Income Tax Liability for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005 can be determined.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          _____
Signature of IRS officer serving the summons                              Title

**Business address and telephone number of IRS officer before whom you are to appear:**

710 Locust Street Suite 400 Knoxville, TN. 37901 865-545-4451 ext 228

**Place and time for appearance at** 710 Locust Street Suite 400 Knoxville, TN. 37901 865-545-4451 ext 228

# IRS

on the ____25th____ day of ____May____ ____2006____ at __9:00__ o'clock __a__ m.
                                                          (year)

Issued under authority of the Internal Revenue Code this __3rd__ day of ____May____, ____2006____
                                                                                        (year)

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

_____          Revenue Agent
Signature of issuing officer                                    Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____
Signature of approving officer        **1:06-CV-01312 (RMC)**      **Exhibit Q**

**Part A** - to be given to person summoned

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOSEPH A BUAIZ                          EIN/SSN: ██████4656


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 38,492.00 | | | |
| | TAXABLE INCOME 32,442.00 | | | |
| 06-27-1996 | SUBSTITUTE FOR RETURN 49210-195-25603-6 | 0.00 | | 08-12-1996 |
| | ESTIMATED TAX PENALTY 19971000 | 166.00 | | 03-17-1997 |
| | LATE FILING PENALTY 19971000 | 941.03 | | 03-17-1997 |
| 04-15-1994 | WITHHOLDING CREDIT | | 2,037.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 49247-458-00094-7  19971000 | 6,206.00 | | 03-17-1997 |
| | INTEREST ASSESSED 19971000 | 1,521.27 | | 03-17-1997 |
| 07-28-1997 | FEDERAL TAX LIEN | | | |
| 08-18-1997 | FEES AND COLLECTION COSTS | 12.00 | | |
| 02-01-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-01-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1


**1:06-CV-01312 (RMC)    Exhibit Q**

**Internal Revenue Service**
Appeals Office
810 Broadway
Suite 300
Nashville, TN  37203


Date:  April 5, 2006


Joseph A. Buaiz
1795 Rocky Springs Rd.
Bean Station, TN  37708

**Department of the Treasury**
Appeals

**Person to Contact:**
  Danny L. Williams
  Employee ID Number: 62-09247
  Tel:  (615) 250-5609
  Fax:  (615)-250-5038
**Refer Reply to:**
  AP:FE:NAS:DLW
**In Re:**
  Due Process – Levy
**Tax Period(s) Ended:**
  12/1989, 12/1990, 12/1991,
  12/1992, 12/1993, 12/1994


Dear Mr. Buaiz:

I received your letter dated March 30, 2006 and want to inform you that only an audio recording of your in-person hearing is allowed.  Video recordings are not allowed.  You must provide your own audio recording equipment.  We will also make an audio recording of the hearing.  No transcript will be provided.

The various documents you requested in your letter will also not be provided as you have already been provided with Certificates of Assessments, Payments and other Specified Matters for the periods noted above.

If you have any questions regarding this matter, please contact me at the telephone number, facsimile number or address shown above.


                    Sincerely,


                    *Danny L. Williams*


                    Danny L. Williams
                    Settlement Officer


**1:06-CV-01312 (RMC)    Exhibit Q**

Direct Query - Intranet - "Quick" Search                                    Page 1 of 1



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: RB93 1426 243U S**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20024 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** | **City:** | **State:** |

**Firm Book ID:** 51M3 8560 9000 0004 1030

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| REGISTERED | | |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 04/28/2006 15:01 | WASHINGTON, DC 20024 | K136209 |
| | Firm Name: IRS | | |
| | Recipient: 'D PLEASANT' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 04/28/2006 10:40 | WASHINGTON, DC 20024 | M385609 |
| ARRIVAL AT UNIT | 04/28/2006 09:49 | WASHINGTON, DC 20024 | K187263 |

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Assistant Commissioner
    Attn: Disclosure Officer
    Internal Revenue Service
    FOIA Request
    950 L'Enfant Plaza
    Washington, DC 20024

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                           ☐ Agent
                                             ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
                                          5-5-0'6

D. Is delivery address differ... item 1?  ☐ Yes
   If YES, enter delivery a... ow:  ☐ No

3. Service Type
   ☐ Certified M...
   ☑ Registe...      ...ceipt for Merchandise
   ☐ Insured ...
4. Restricted ...  ...ee)              ☐ Yes

2. Article Number
(Transfer from service label)    RB  931  426  2..  U.S

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**1:06-CV-01312 (RMC)    Exhibit Q**

Direct Query - Intranet - "Quick" Search                                                                    Page 1 of 1



## Track/Confirm - Intranet Item Inquiry - Domestic

| **Item: RB93 1426 226U S** | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 200 | **City:** | **State:** |
| **Origin** | **ZIP Code:** | **City:** | **State:** |

**Firm Book ID:** 5100 A62H 94W0 0015 1392

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| REGISTERED | | |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 04/28/2006 06:33 | WASHINGTON, DC 20224 | 00A70W35E |
| | Firm Name: IRS 20224 | | |
| | Recipient: 'D CARTER' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 04/28/2006 04:24 | WASHINGTON, DC 20074 | 00A62H94W |

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Assistant Commissioner
Internal Revenue Service
FOIA Request
Attn: Disclosure Officer
1111 Constitution Avenue NW.
Washington, DC 20224

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _D. Smith_   ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery  5-5-06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)   RB 931 426 226 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**1:06-CV-01312 (RMC)     Exhibit Q**

**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C. 20220

INSPECTOR GENERAL
for TAX
ADMINISTRATION

OCT 2 5 2006

Mr. Joseph Buaiz, Jr.
1783 Rocky Springs Road
Bean Station, TN  37708

Dear Mr. Buaiz:

This is to acknowledge receipt of your complaint by the Office of the Treasury Inspector General for Tax Administration (TIGTA).  We have reviewed your complaint and determined that this matter would more appropriately be handled by the Internal Revenue Service.  Therefore, we have forwarded your complaint to the Internal Revenue Service for appropriate action.

We regret this office cannot be of further assistance to you regarding this matter.

Sincerely,

Grace A. Sutton
Assistant Special Agent-in-Charge
Complaint Management

**1:06-CV-01312 (RMC)  Exhibit R**

Exhibit S    1:06-CV-01312 (RMC)

| Location | Status Code | Definition |
|---|---|---|
| | 89 | Reserved |
| Closed | 90 | CLOSED |
| | 99 | PCS controlled related return |

**Other Information**

Status Codes 18 and 56 are for use locally to control returns. New uses of these codes must be cleared by the Campus AIMS Coordinator prior to implementation.

Returns in Status Code 06 must never be updated to a higher staus until selected for examination.

   (5)   **PDT Indicator**

When TC 016 is input to identify a Potentially Dangerous Taxpayer, the first page of AMDISA print will show PDT.

**6      Blocking Series**

**MF Sorting and Blocking Series for Document Code 47 Adjustments**

(Reference: IRM 4.4.1, Exhibit 4.4.1-11)

| Number | Disposal Codes | Original or Copy of Return | Non-TEFRA Block Number | TEFRA Block Number |
|---|---|---|---|---|
| 5344 | 01-04,08-10,12,13,34 | *Original/ELF/SFR | 000-079 | 080-099 |
| | 01-04,08-10,12,13,34 | &Copy | 900-979 | 980-999 |
| | 01-04,08-10,12,13,34 | $BRTVU/RTVUE/ MACS | 200-249 | 200-249 |
| | 07, 11, 12 with AOC | Either | 100-179 | 180-199 |
| | Partial Assessment | No Return | 100-179 | 180-199 |
| 5351, 5546 | 20-22,25,30-32,35,42,45,99 | *Original/ELF/SFR | 600-679 | 680-699 |
| | 28,29,33,36-41 | No Return | 100-179 | 180-199 |
| | @All non-examined DC's | +BRTVU/RTVUE/ MACS | 250-279 | 250-279 |
| | | +No Return (for Ogden Campus LMSB LIN closures only. Documentation must be retained in Ogden for 1 year | 280-299 | 280-299 |

**1:06-CV-01312 (RMC)    Exhibit S**

**Any line marked with # is for official use only**