UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1312 (RMC) |

### ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. # 5] is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** with respect to Counts 1, 2, 3, 4, 5, 7, 8, 9, 10, 12, 13, 17, 19, 20, 21, 22, 23, 24, 25, and 26; those Counts are **DISMISSED** for lack of subject matter jurisdiction. The Motion is **DENIED** with respect to Counts 6, 11, 14, 15, 16, and 18.

**IT IF FURTHER ORDERED** that Plaintiff's Request for Judicial Notice [Dkt. # 11] is **DENIED**.

**SO ORDERED**.

Date: January 24, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge