IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Joseph A. Buaiz Jr.,

    Plaintiff,

-vs.-

UNITED STATES,

    Defendant.

_____/

Civil Action Nº: **1:06-cv-01312(RMC)**
The Honorable Rosemary M. Collyer

MOTION FOR LEAVE TO FILE
SUPPLEMENT TO AMENDED COMPLAINT

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO AMENDED COMPLAINT

RECEIVED
JAN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiff, Joseph A. Buaiz Jr., submits this Motion for Leave to File Supplement to the amended complaint, and in support thereof states the following:

Plaintiff submitted a Request for Judicial Notice (Dkt # 11). Counsel for the defendant strongly opposed said request and argued Plaintiff was improperly presenting "new allegations". (Dkt # 12) Plaintiff, proceeding pro se, now realizes the "facts" asserted in the aforementioned request may indeed be more appropriately before the Court if presented in the form of a supplement to Plaintiff's amended complaint.

The subject supplemental pleadings are allegations which specifically complain of actions defendant's agents have taken against Plaintiff during the time in which the instant matter has been before this Court. Plaintiff respectfully submits that said supplemental pleadings will not prejudice the defendant in any way.

1

Further, the ongoing disregards of defendant's agents which have resulted in the necessity for such supplemental pleadings are matters completely outside the control of the Plaintiff. Therefore, Plaintiff has no alternative but to plead by way of supplement concerning the continuation of disregards by defendant's agents and agency.

Wherefore: Plaintiff respectfully requests the Court grant Plaintiff leave to supplement the amended complaint in the above captioned matter.

Date: January 26, 2007

Respectfully submitted

*Joseph A. Buaiz Jr.*

Joseph A. Buaiz Jr.

## CERTIFICATE OF SERVICE

I certify that on January 26th, 2007, a true and complete copy of the foregoing Motion for Leave to Supplement, the Supplemental Pleadings, and proposed Order were served upon the following, by USPS, addressed as follows:

JOHN J. LOCURTO
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

*Joseph A. Buaiz Jr.*

Joseph A. Buaiz Jr.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Joseph A. Buaiz Jr.,

    Plaintiff,

-vs.-

UNITED STATES,

    Defendant.

_____/

Civil Action Nº: **1:06-cv-01312(RMC)**
The Honorable Rosemary M. Collyer

ORDER

## **ORDER**

The Court, having considered the Plaintiff's motion to supplement the Amended Complaint pursuant to Fed. R. Civ. P. 15(d) and any opposition thereto, finds that the motion should be granted and that the Plaintiff should be allowed leave to supplement the Amended Complaint.

Accordingly, it is on this ___ day of _____, 2007:

    ORDERED that the Plaintiff's motion supplement is GRANTED; and it is further

    ORDERED that the Plaintiff's supplement is incorporated into the Amended Complaint;

ORDERED that the Clerk shall distribute copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph A. Buaiz Jr., Plaintiff Pro Se
1783 Rocky Springs Road
Bean Station, TN 37708


John J. LoCurto
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044