

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
810 BROADWAY, SUITE 400
NASHVILLE, TENNESSEE 37203
(615) 250-5500
FAX (615) 250-5502

JUL 1 4 2006

CC:SB:3:NAS:1:GL-133784-06

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Joseph A. Buiaz, Jr.
1795 Rocky Springs Road
Bean Station, Tennessee 37708

Dear Mr. Buiaz:

The Small Business/Self-Employed Area: Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on June 7, 2006. Under the terms of the summons, you were required to appear before Revenue Agent Velvet Cole on June 29, 2006.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Agent:

    Name:    Velvet Cole
    Date:    July 31, 2006
    Time:    9:00 a.m.
    Address: 710 Locust St., Ste. 400,
             Knoxville, TN 37901

Any books, records or other documents called for in the summons should be produced at that time.

GOVERNMENT EXHIBIT 3

CC:SB:3:NAS:1:GL-133784-06      - 2 -

      If you have any questions, please contact Revenue Agent Velvet Cole at (865) 545-4451, ext. 228.

Sincerely,

NANCY W. HALE
Associate Area Counsel
(Small Business/Self-Employed)

By: *[signature]*

CAROLINE R. KRIVACKA
Senior Attorney
(Small Business/Self-Employed)

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark: NASHVILLE, TN — USPS 37209

Sent To: Joseph A. Buiaz, Jr.
Street, Apt. No., or PO Box No.: 1795 Rocky Springs Road
City, State, ZIP+4: Bean Station, TN 37708

PS Form 3800, April 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph A. Buiaz, Jr.
~~1795~~ Rocky Springs Road
Bean Station, TN  37708

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery: 7/17/06

D. Is delivery address different from item 1? ☒ Yes  ☐ No
If YES, enter delivery address below:

1783 Rocky Springs Rd

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 1000 0005 7219 0981

PS Form 3811, August 2001  Domestic Return Receipt  102595-01-M-2509