

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: January 25, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the account of the individual names herein in respect to the taxes specified is a true and complete transcript for the period (s) stated, and assessments, credits, and refunds relating thereto as shown herein. It also contains a statement of all unidentified and advance payments, if any, for the period (s) stated

**JOSEPH A BUAIZ** Social Security Number ███████ for the Tax Period ending December 31, 1993, Form 1040

Form 4340, Certificate of Assessment, Payments, and Other Specified Matters consisting of seven (7) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Jeffrey R. Lawson
Resident Agent-in-Charge
Delegation Order CI - 18

GOVERNMENT EXHIBIT
4

Catalog Number 19002E                                    Form 2866 (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
JOSEPH A BUAIZ                              EIN/SSN: [redacted]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993
                                          ASSESSMENT,      PAYMENT,     ASSESSMENT
                                          OTHER DEBITS     CREDIT       DATE (23C,
DATE        EXPLANATION OF TRANSACTION    (REVERSAL)       (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                    38,492.00

            TAXABLE INCOME
                    32,442.00

06-27-1996  SUBSTITUTE FOR RETURN                              0.00     08-12-1996
            49210-195-25603-6

            ESTIMATED TAX PENALTY            166.00                     03-17-1997
            19971008

            LATE FILING PENALTY              941.03                     03-17-1997
            19971008

04-15-1994  WITHHOLDING CREDIT                                2,037.00

            ADDITIONAL TAX ASSESSED         6,206.00                    03-17-1997
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            49247-458-00094-7   19971008

            INTEREST ASSESSED               1,521.27                    03-17-1997
            19971008

07-28-1997  FEDERAL TAX LIEN

08-18-1997  FEES AND COLLECTION COSTS         12.00

02-01-1999  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

03-01-1999  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            COLL DUE PROCESS NOTICE
            REFUSED/UNCLAIMED

FORM 4340  (REV. 01-2002)                      PAGE    1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
JOSEPH A BUAIZ                          EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1993

                                        ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                        (REVERSAL)       (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

01-17-2000 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

08-23-2001 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

10-18-2001 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           UNDELIVERABLE LEVY NOTICE

01-26-2002 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-18-2002 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

11-18-2002 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

02-17-2003 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-24-2003 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340   (REV. 01-2002)                        PAGE    2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
JOSEPH A BUAIZ                          EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993

                                        ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                        (REVERSAL)       (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

03-17-1997  LATE FILING PENALTY                          100.97-
            ABATED

            LATE FILING PENALTY                          100.97       03-17-1997
            19971008

            FAILURE TO PAY TAX                           1,042.50     05-26-2003
            PENALTY
            20032008

            ADDITIONAL TAX ASSESSED                      0.00         05-26-2003
            29254-522-05241-3  20032008

            INTEREST ASSESSED                            4,104.52     05-26-2003
            20032008

07-14-2003  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

08-04-2003  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-09-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

FORM 4340   (REV. 01-2002)              PAGE    3
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JOSEPH A BUAIZ                              EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
  DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)     (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------

02-07-2005  CLAIM DISALLOWED
            83254-405-98003-5              08

09-12-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-26-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

10-19-2005  LEGAL SUIT PENDING

10-19-2005  COLLECTIONS WORKING CASE

11-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

02-06-2006  CLAIM DISALLOWED
            83254-411-98017-6              08

10-19-2005  LEGAL SUIT NO LONGER
            PENDING

04-15-2005  OVERPAID CREDIT APPLIED                       199.00
            1040        200412

FORM 4340  (REV. 01-2002)                       PAGE     4
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

JOSEPH A BUAIZ                            EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993

                                          ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION     OTHER DEBITS      CREDIT        DATE (23C,
                                          (REVERSAL)        (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

04-10-2006 OVERPAID CREDIT APPLIED                             23.00
           1040      200512

10-19-2005 COLLECTION DUE PROCESS
           EQUIVALENT HEARING
           REQUEST RECEIVED

06-16-2006 COLL DUE PROCESS EQVLNT
           HEARING RSLVED BY APPEALS
           DECISION LTR ISSUED BY
           TXPYR WTHDRW HEARING RQST

10-09-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-18-2006 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

12-15-2006 FEDERAL TAX LIEN

01-08-2007 FEES AND COLLECTION COSTS        72.00

03-17-1997 Statutory Notice of Balance Due

04-07-1997 Statutory Notice of Intent to Levy

03-10-2003 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                     PAGE    5
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

JOSEPH A BUAIZ                          EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993

                                        ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT      DATE (23C,
                                        (REVERSAL)      (REVERSAL)  RAC 006 )
---------------------------------------------------------------------------
05-26-2003 Statutory Notice of Balance Due

08-29-2005 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                     PAGE     6
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

JOSEPH A BUAIZ                              EIN/SSN: ███████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993
-----------------------------------------------------------------------------



BALANCE        11,806.32

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME: _____JEFFREY R. LAWSON_____
TITLE: _____RESIDENT AGENT IN CHARGE_____
DELEGATION ORDER: _____CI #18_____


LOCATION: INTERNAL REVENUE SERVICE
          CINCINNATI, OH

          ACCOUNT STATUS DATE 01/24/2007

FORM 4340   (REV. 01-2002)                  PAGE      7
```