

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: January 25, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the account of the individual names herein in respect to the taxes specified is a true and complete transcript for the period (s) stated, and assessments, credits, and refunds relating thereto as shown herein. It also contains a statement of all unidentified and advance payments, if any, for the period (s) stated

**JOSEPH A BUAIZ** Social Security Number ███████ or the Tax Period ending December 31, 1994, Form 1040

Form 4340, Certificate of Assessment, Payments, and Other Specified Matters consisting of six (6) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Jeffrey R. Lawson
Resident Agent-in-Charge
Delegation Order CI - 18

GOVERNMENT EXHIBIT 5

Catalog Number 19002E

Form 2866 (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------------
JOSEPH A BUAIZ                          EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1994
                                          ASSESSMENT,     PAYMENT,      ASSESSMENT
                                          OTHER DEBITS    CREDIT        DATE (23C,
DATE        EXPLANATION OF TRANSACTION    (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                  42,214.00

            TAXABLE INCOME
                  35,964.00

06-27-1996  SUBSTITUTE FOR RETURN                0.00                   08-12-1996
            49210-195-25602-6

            ESTIMATED TAX PENALTY              228.00                   03-24-1997
            19971108

            LATE FILING PENALTY              1,048.28                   03-24-1997
            19971108

04-15-1995  WITHHOLDING CREDIT                               2,457.00

            ADDITIONAL TAX ASSESSED          7,116.00                   03-24-1997
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            49247-464-00001-7  19971108

            INTEREST ASSESSED                1,107.91                   03-24-1997
            19971108

07-28-1997  FEDERAL TAX LIEN

02-01-1999  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

03-01-1999  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            COLL DUE PROCESS NOTICE
            REFUSED/UNCLAIMED

01-17-2000  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                  PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

JOSEPH A BUAIZ                      EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-23-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-18-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE UNDELIVERABLE LEVY NOTICE | | | |
| 01-26-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-18-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-18-2002 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-17-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-1997 | LATE FILING PENALTY ABATED | | 116.72- | |

FORM 4340  (REV. 01-2002)                               PAGE     2

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
JOSEPH A BUAIZ                              EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994

                                        ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                        (REVERSAL)      (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
           LATE FILING PENALTY                             116.72     03-24-1997
           19971108

           FAILURE TO PAY TAX                            1,165.00     05-26-2003
           PENALTY
           20032008

           ADDITIONAL TAX ASSESSED                           0.00     05-26-2003
           29254-522-05242-3   20032008

           INTEREST ASSESSED                             4,240.13     05-26-2003
           20032008

07-14-2003 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

08-04-2003 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-09-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

02-07-2005 CLAIM DISALLOWED
           83254-405-98004-5           08

FORM 4340   (REV. 01-2002)                         PAGE    3
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
JOSEPH A BUAIZ                           EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994

                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                         (REVERSAL)       (REVERSAL)   RAC 006 )
----------------------------------------------------------------------------
09-12-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-26-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

10-19-2005  LEGAL SUIT PENDING

10-19-2005  COLLECTIONS WORKING CASE

11-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

02-06-2006  CLAIM DISALLOWED
            83254-411-98018-6                 08

10-19-2005  LEGAL SUIT NO LONGER
            PENDING

10-19-2005  COLLECTION DUE PROCESS
            EQUIVALENT HEARING
            REQUEST RECEIVED

06-16-2006  COLL DUE PROCESS EQVLNT
            HEARING RSLVED BY APPEALS
            DECISION LTR ISSUED BY
            TXPYR WTHDRW HEARING RQST

FORM 4340   (REV. 01-2002)                           PAGE    4
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------

JOSEPH A BUAIZ                          EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994

```
                                     ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                     (REVERSAL)    (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------

10-09-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

12-25-2006  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

12-15-2006  FEDERAL TAX LIEN

03-24-1997  Statutory Notice of Balance Due

04-14-1997  Statutory Notice of Intent to Levy

03-10-2003  Statutory Notice of Intent to Levy

05-26-2003  Statutory Notice of Balance Due

08-29-2005  Statutory Notice of Intent to Levy
```

FORM 4340   (REV. 01-2002)              PAGE    5

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

JOSEPH A BUAIZ                          EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994
------------------------------------------------------------------------------------


BALANCE         12,448.32

------------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:  JEFFREY R. LAWSON
TITLE:       RESIDENT AGENT IN CHARGE
DELEGATION ORDER:  CI #18


LOCATION:  INTERNAL REVENUE SERVICE
           ANDOVER, MA

           ACCOUNT STATUS DATE 01/24/2007

FORM 4340   (REV. 01-2002)                          PAGE      6
```