```
                                                                    P.03
 10378                                          COURT RECORDING DATA
------------------------------------------+-------------------------------
                                          | Lien Recorded    : 07/31/1997 - 00:00AM
    INTERNAL REVENUE SERVICE              | Recording Number:
  FACSIMILE FEDERAL TAX LIEN DOCUMENT     | UCC Number       :
                                          | Liber            : 200
                                          | Page             : 1759
------------------------------------------+-------------------------------
 District: KENTUCKY-TENNESSEE             | IRS Serial Number: 629727599
------------------------------------------+-------------------------------
                  This Lien Has Been Filed in Accordance with
                     Internal Revenue Regulation 301.6323(f)-1.

----------------------------------------------------------------------------
 Name of Taxpayer :
   JOSEPH A BUAIZ



----------------------------------------------------------------------------
 Residence :
   RT 1 BOX 6010
   BEAN STATION, TN 37708-9629
----------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
--------+------------+-------------------+-----------+------------------+----------------
 Form   |   Period   |    ID Number      | Assessed  | Refile Deadline  | Unpaid Balance
 (a)    |    (b)     |      (c)          |   (d)     |      (e)         |      (f)
--------+------------+-------------------+-----------+------------------+----------------
                                                                          6898.27
 1040     12/31/█          █████          03/17/1997    04/16/2007
 1040     12/31/█          █████          03/24/1997    04/23/2007        7159.91
```

```
                                                          |
 Filed at:   Register of Deeds                    Total   | $    14058.18
             Grainger County                              |
             Rutledge, TN 37861                           |
----------------------------------------------------------------------------
 This notice was prepared and executed at Nashville, TN
 on this, the 24th day of July, 1997.
----------------------------------------------------------------------------
 Authorizing Official:                    | Title:
       ACS                                | MANAGER                62-01-0000
                                          |
----------------------------------------------------------------------------
```



GOVERNMENT EXHIBIT 6