

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Dec. 6, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Joseph A. Buaiz, SSN: ██████ Civil Penalty, for the tax period December 31, 1989, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Midge Ward*

Midge Ward
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

GOVERNMENT EXHIBIT
7

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
JOSEPH A BUAIZ                            EIN/SSN: ████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1989
                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
 DATE        EXPLANATION OF TRANSACTION OTHER DEBITS      CREDIT      DATE (23C,
                                         (REVERSAL)     (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------

             MISCELLANEOUS PENALTY                         500.00      02-07-2005
             IRC 6702 PENALTY FOR
             FILING FRIVOLOUS INCOME
             TAX RETURN
             83254-765-52010-4  20050408

             ADDITIONAL TAX ASSESSED                         0.00      02-07-2005
             83254-765-52010-4  20050408

06-06-2005   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-23-2005   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

08-15-2005   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

10-04-2005   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

10-11-2005   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

10-19-2005   COLLECTIONS WORKING CASE

FORM 4340   (REV. 01-2002)                        PAGE     1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

JOSEPH A BUAIZ                               EIN/SSN: [REDACTED]


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: DEC   1989
                                                ASSESSMENT,      PAYMENT,     ASSESSMENT
   DATE      EXPLANATION OF TRANSACTION        OTHER DEBITS       CREDIT      DATE (23C,
                                                (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

11-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

10-19-2005  LEGAL SUIT PENDING

            MISCELLANEOUS PENALTY                                  500.00     02-06-2006
            IRC 6702 PENALTY FOR
            FILING FRIVOLOUS INCOME
            TAX RETURN
            29254-411-53002-6   20060408

            ADDITIONAL TAX ASSESSED                                  0.00     02-06-2006
            29254-411-53002-6   20060408

07-16-2006  LEGAL SUIT NO LONGER
            PENDING

09-12-2006  COLL DUE PROC HRNG RSLVD
            BY APPEALS-DETRMINATN LTR
            ISSUED, TXPYR WAIVD JUDCL
            REVW OR WTHDRW HRNG RQST

10-20-2006  FEDERAL TAX LIEN

11-13-2006  FEES AND COLLECTION COSTS                              24.00

02-07-2005  Statutory Notice of Balance Due

03-14-2005  Statutory Notice of Intent to Levy

02-06-2006  Statutory Notice of Balance Due


FORM 4340   (REV. 01-2002)                    PAGE    2
```

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

JOSEPH A BUAIZ                              EIN/SSN: ███████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1989
-------------------------------------------------------------------


BALANCE         1,024.00
-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _[signature] Midge Ward_

PRINT NAME: _____Midge Ward_____

TITLE: _____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: ___SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 12/06/2006

FORM 4340   (REV. 01-2002)              PAGE     3
```