

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  Dec. 6, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Joseph A. Buaiz, SSN: ▓▓▓▓▓▓▓ or Civil Penalty, for the tax period December 31, 1991, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Midge Ward*
Midge Ward
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

GOVERNMENT EXHIBIT
9

Catalog Number 19002E                                   Form **2866** (Rev. 09-1997)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------
JOSEPH A BUAIZ                               EIN/SSN: ███████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1991
                                      ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT     DATE (23C,
                                      (REVERSAL)    (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------

           MISCELLANEOUS PENALTY                       500.00    02-07-2005
           IRC 6702 PENALTY FOR
           FILING FRIVOLOUS INCOME
           TAX RETURN
           83254-405-52001-5  20050408

           ADDITIONAL TAX ASSESSED                       0.00    02-07-2005
           83254-405-52001-5  20050408

06-06-2005 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-23-2005 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

08-15-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

10-04-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

10-11-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

10-19-2005 COLLECTIONS WORKING CASE

FORM 4340  (REV. 01-2002)              PAGE     1
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
JOSEPH A BUAIZ                          EIN/SSN: [REDACTED]


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  1991
                                        ASSESSMENT,     PAYMENT,     ASSESSMENT
    DATE    EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                        (REVERSAL)      (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

11-14-2005  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

10-19-2005  LEGAL SUIT PENDING

            MISCELLANEOUS PENALTY                         500.00     02-06-2006
            IRC 6702 PENALTY FOR
            FILING FRIVOLOUS INCOME
            TAX RETURN
            29254-411-53004-6   20060408

            ADDITIONAL TAX ASSESSED                         0.00     02-06-2006
            29254-411-53004-6   20060408

07-16-2006  LEGAL SUIT NO LONGER
            PENDING

09-12-2006  COLL DUE PROC HRNG RSLVD
            BY APPEALS-DETRMINATN LTR
            ISSUED, TXPYR WAIVD JUDCL
            REVW OR WTHDRW HRNG RQST

10-20-2006  FEDERAL TAX LIEN

02-07-2005  Statutory Notice of Balance Due

03-14-2005  Statutory Notice of Intent to Levy

02-06-2006  Statutory Notice of Balance Due


FORM 4340   (REV. 01-2002)                  PAGE     2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------

JOSEPH A BUAIZ                                    EIN/SSN: ███████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 1991
---------------------------------------------------------------------


BALANCE         1,000.00

---------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Midge Ward* [signature]

PRINT NAME:            Midge Ward

TITLE:            Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

            ACCOUNT STATUS DATE 12/06/2006

FORM 4340  (REV. 01-2002)                      PAGE      3