

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  Dec. 6, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Joseph A. Buaiz, SSN: ███████████ ivil Penalty, for the tax period December 31, 1992, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Midge Ward* (signature)

Midge Ward
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**GOVERNMENT EXHIBIT**
10

Catalog Number 19002E                                                                                   Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

JOSEPH A BUAIZ                                  EIN/SSN: ███████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1992
                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
                                         OTHER DEBITS      CREDIT       DATE (23C,
DATE         EXPLANATION OF TRANSACTION   (REVERSAL)     (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------

             MISCELLANEOUS PENALTY                          500.00       02-07-2005
             IRC 6702 PENALTY FOR
             FILING FRIVOLOUS INCOME
             TAX RETURN
             83254-405-52002-5   20050408

             ADDITIONAL TAX ASSESSED                          0.00       02-07-2005
             83254-405-52002-5   20050408

06-06-2005   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-23-2005   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

08-15-2005   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

10-04-2005   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

10-11-2005   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

10-19-2005   COLLECTIONS WORKING CASE

FORM 4340    (REV. 01-2002)                     PAGE    1
```

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

JOSEPH A BUAIZ                                          EIN/SSN: ███████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: DEC  1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-14-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-19-2005 | LEGAL SUIT PENDING | | | |
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-411-53005-6  20060408 | 500.00 | | 02-06-2006 |
| | ADDITIONAL TAX ASSESSED 29254-411-53005-6  20060408 | 0.00 | | 02-06-2006 |
| 07-16-2006 | LEGAL SUIT NO LONGER PENDING | | | |
| 09-12-2006 | COLL DUE PROC HRNG RSLVD BY APPEALS-DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW OR WTHDRW HRNG RQST | | | |
| 10-20-2006 | FEDERAL TAX LIEN | | | |
| 02-07-2005 | Statutory Notice of Balance Due | | | |
| 03-14-2005 | Statutory Notice of Intent to Levy | | | |
| 02-06-2006 | Statutory Notice of Balance Due | | | |

FORM 4340   (REV. 01-2002)                    PAGE     2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JOSEPH A BUAIZ                                    EIN/SSN: ███████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1992
------------------------------------------------------------------------

BALANCE          1,000.00
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _/s/ Midge Ward_
PRINT NAME: _____Midge Ward_____
TITLE: _____Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER: ___SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

            ACCOUNT STATUS DATE 12/06/2006
FORM 4340  (REV. 01-2002)                    PAGE      3