

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  Dec. 6, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Joseph A. Buaiz, SSN: ▮▮▮▮▮▮▮▮▮ Civil Penalty, for the tax period December 31, 1993, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Midge Ward* (signature)

Midge Ward
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

GOVERNMENT EXHIBIT
11

Catalog Number 19002E                                              Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

JOSEPH A BUAIZ                              EIN/SSN: ██████████

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
|  | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 83254-405-52003-5  20050408 |  | 500.00 | 02-07-2005 |
|  | ADDITIONAL TAX ASSESSED 83254-405-52003-5  20050408 |  | 0.00 | 02-07-2005 |
| 06-06-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 07-23-2005 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 08-15-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 10-04-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 10-11-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |
| 10-19-2005 | COLLECTIONS WORKING CASE |  |  |  |

FORM 4340   (REV. 01-2002)                     PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------

JOSEPH A BUAIZ                                EIN/SSN: ███████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-14-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-19-2005 | LEGAL SUIT PENDING | | | |
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 29254-411-53006-6  20060408 | 500.00 | | 02-06-2006 |
| | ADDITIONAL TAX ASSESSED 29254-411-53006-6  20060408 | 0.00 | | 02-06-2006 |
| 07-16-2006 | LEGAL SUIT NO LONGER PENDING | | | |
| 09-12-2006 | COLL DUE PROC HRNG RSLVD BY APPEALS-DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW OR WTHDRW HRNG RQST | | | |
| 10-20-2006 | FEDERAL TAX LIEN | | | |
| 02-07-2005 | Statutory Notice of Balance Due | | | |
| 03-14-2005 | Statutory Notice of Intent to Levy | | | |
| 02-06-2006 | Statutory Notice of Balance Due | | | |

FORM 4340   (REV. 01-2002)                    PAGE     2

```
-----------------------------------------------------------------
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------

JOSEPH A BUAIZ                              EIN/SSN: ███████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  1993
-----------------------------------------------------------------


BALANCE          1,000.00
-----------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Midge Ward_____

PRINT NAME:_____Midge Ward_____

TITLE:_____Supervisor Accounting Technician, Ogden_ W&I Submission Processing

DELEGATION ORDER:____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 12/06/2006

FORM 4340  (REV. 01-2002)                    PAGE    3
```