

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Dec. 6, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Joseph A. Buaiz, SSN: ▮▮▮▮▮▮▮▮▮ or Civil Penalty, for the tax period December 31, 1994, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Midge Ward* (signature)

Midge Ward
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

GOVERNMENT
EXHIBIT
12

Catalog Number 19002E                                  Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JOSEPH A BUAIZ                          EIN/SSN: ███████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1994
                                        ASSESSMENT,    PAYMENT,      ASSESSMENT
                                        OTHER DEBITS   CREDIT        DATE (23C,
DATE        EXPLANATION OF TRANSACTION  (REVERSAL)     (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------

            MISCELLANEOUS PENALTY                      500.00        02-07-2005
            IRC 6702 PENALTY FOR
            FILING FRIVOLOUS INCOME
            TAX RETURN
            83254-405-52004-5  20050408

            ADDITIONAL TAX ASSESSED                    0.00          02-07-2005
            83254-405-52004-5  20050408

06-06-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-23-2005  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

08-15-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

10-04-2005  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

10-11-2005  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

10-19-2005  COLLECTIONS WORKING CASE

FORM 4340   (REV. 01-2002)              PAGE    1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

JOSEPH A BUAIZ                               EIN/SSN:
```


```
TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  1994
                                              ASSESSMENT,    PAYMENT,    ASSESSMENT
                                              OTHER DEBITS   CREDIT      DATE (23C,
  DATE         EXPLANATION OF TRANSACTION     (REVERSAL)     (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------------


 11-14-2005  MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

 10-19-2005  LEGAL SUIT PENDING

             MISCELLANEOUS PENALTY                              500.00   02-06-2006
             IRC 6702 PENALTY FOR
             FILING FRIVOLOUS INCOME
             TAX RETURN
             29254-411-53007-6   20060408

             ADDITIONAL TAX ASSESSED                              0.00   02-06-2006
             29254-411-53007-6   20060408

 07-16-2006  LEGAL SUIT NO LONGER
             PENDING

 09-12-2006  COLL DUE PROC HRNG RSLVD
             BY APPEALS-DETRMINATN LTR
             ISSUED, TXPYR WAIVD JUDCL
             REVW OR WTHDRW HRNG RQST

 10-20-2006  FEDERAL TAX LIEN

 02-07-2005  Statutory Notice of Balance Due

 03-14-2005  Statutory Notice of Intent to Levy

 02-06-2006  Statutory Notice of Balance Due


 FORM 4340   (REV. 01-2002)                   PAGE     2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
JOSEPH A BUAIZ                                    EIN/SSN: ███████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         TAX PERIOD: DEC  1994
-------------------------------------------------------------------------------


BALANCE           1,000.00
-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Midge Ward_

PRINT NAME:          Midge Ward

TITLE:               Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:    SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 12/06/2006

FORM 4340   (REV. 01-2002)                       PAGE      3
```