10378    P.05

| | COURT RECORDING DATA |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 10/23/2006 - 00:00AM<br>Recording Number:<br>UCC Number :<br>Liber : 280<br>Page : 368 |
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 321861706 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  JOSEPH A BUAIZ

Residence :
  1795 ROCKY SPRINGS RD
  BEAN STATION, TN 37708-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 6702 | 12/31/1989 | XXX-XX-4656 | 02/07/2005 | 03/09/2015 | |
| 6702 | 12/31/1989 | XXX-XX-4656 | 02/06/2006 | 03/07/2016 | 1000.00 |
| 6702 | 12/31/1990 | XXX-XX-4656 | 02/07/2005 | 03/09/2015 | |
| 6702 | 12/31/1990 | XXX-XX-4656 | 02/06/2006 | 03/07/2016 | 1000.00 |
| 6702 | 12/31/1991 | XXX-XX-4656 | 02/07/2005 | 03/09/2015 | |
| 6702 | 12/31/1991 | XXX-XX-4656 | 02/06/2006 | 03/07/2016 | 1000.00 |
| 6702 | 12/31/1992 | XXX-XX-4656 | 02/07/2005 | 03/09/2015 | |
| 6702 | 12/31/1992 | XXX-XX-4656 | 02/06/2006 | 03/07/2016 | 1000.00 |
| 6702 | 12/31/1993 | XXX-XX-4656 | 02/07/2005 | 03/09/2015 | |
| 6702 | 12/31/1993 | XXX-XX-4656 | 02/06/2006 | 03/07/2016 | 1000.00 |
| 6702 | 12/31/1994 | XXX-XX-4656 | 02/07/2005 | 03/09/2015 | |
| 6702 | 12/31/1994 | XXX-XX-4656 | 02/06/2006 | 03/07/2016 | 1000.00 |

Filed at:   Register of Deeds
            Grainger County                      Total   $   6000.00
            Rutledge, TN 37861

This notice was prepared and executed at DALLAS, TX
on this, the 11th day of October, 2006.

Authorizing Official:                  Title:
  JANE LETHCO                            REVENUE OFFICER          25-14-1455
  (865) 329-4539 x 265

GOVERNMENT EXHIBIT 13