IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Joseph A. Buaiz Jr.,

    Plaintiff,

Civil Action Nº: **1:06-CV-01312(RMC)**
Hon. Rosemary M. Collyer

-vs.-

ANSWER TO COUNTERCLAIM

UNITED STATES,
    Defendant.
_____/

**RECEIVED**
**FEB 27 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ANSWER**

**First Defense**

The Court lacks in personam jurisdiction over Plaintiff for purposes of defendant's counterclaim.

**Second Defense**

The counterclaim fails to state a claim upon which relief may be granted.

Plaintiff responds to defendant's counterclaim as follows:

1. Defendant's counterclaim begins at paragraph # 48. Plaintiff denies ¶ 48, leaving to counterclaim plaintiff the burden of proof, except admits defendant purports to bring its counterclaim under 26U.S.C. §7401.

2. Plaintiff denies ¶ 49, leaving to counterclaim plaintiff the burden of proof.

3. Regarding ¶ 50 of defendant's counterclaim, Plaintiff admits venue is proper.

4. Regarding ¶ 51 of defendant's counterclaim, Plaintiff admits defendant purports to incorporate paragraphs 48 to 50 into the First Count of its counterclaim.

5. Plaintiff denies ¶ 52, leaving to counterclaim plaintiff the burden of proof.

1

6. Plaintiff denies ¶ 53, leaving to counterclaim plaintiff the burden of proof.

7. Plaintiff denies ¶ 54, leaving to counterclaim plaintiff the burden of proof.

8. Plaintiff denies ¶ 55, leaving to counterclaim plaintiff the burden of proof.

9. Plaintiff denies ¶ 56, leaving to counterclaim plaintiff the burden of proof.

10. Plaintiff denies ¶ 57, leaving to counterclaim plaintiff the burden of proof.

11. The remainder of the First Count of defendant's counterclaim is a prayer for relief to which no response is required. To the extent a response is necessary; Plaintiff denies defendant is entitled to relief.

12. Regarding ¶ 58 of defendant's counterclaim, Plaintiff admits defendant purports to incorporate paragraphs 48 to 57 into the Second Count of its counterclaim.

13. Plaintiff denies ¶ 59, leaving to counterclaim plaintiff the burden of proof.

14. Plaintiff denies ¶ 60, leaving to counterclaim plaintiff the burden of proof.

15. Plaintiff denies ¶ 61, leaving to counterclaim plaintiff the burden of proof.

16. Plaintiff denies ¶ 62, leaving to counterclaim plaintiff the burden of proof.

17. Plaintiff denies ¶ 63, leaving to counterclaim plaintiff the burden of proof.

18. Plaintiff denies ¶ 64, leaving to counterclaim plaintiff the burden of proof.

19. The remainder of the Second Count of defendant's counterclaim is a prayer for relief to which no response is required. To the extent a response is necessary; Plaintiff denies defendant is entitled to relief.

20. Regarding ¶ 65 of defendant's counterclaim, Plaintiff admits defendant purports to incorporate paragraphs 48 to 64 into the Third Count of its counterclaim.

21. Plaintiff denies ¶ 66, leaving to counterclaim plaintiff the burden of proof.

22. Plaintiff denies ¶ 67 and the allegations contained in its attending graph, leaving to counterclaim plaintiff the burden of proof.

23. Plaintiff denies ¶ 68, leaving to counterclaim plaintiff the burden of proof.

24. Plaintiff denies ¶ 69, leaving to counterclaim plaintiff the burden of proof.

25. Plaintiff denies ¶ 70, leaving to counterclaim plaintiff the burden of proof.

26. The remainder of the Third Count of defendant's counterclaim is a prayer for relief to which no response is required. To the extent a response is necessary; Plaintiff denies defendant is entitled to relief.

27. Plaintiff denies, leaving defendant with the burden of proof, all defenses asserted in defendant's answer to the Amended Complaint. Specifically, defendant's First Defense, Second Defense, Third Defense, Fourth Defense, Fifth Defense, Sixth Defense, Seventh Defense, and Eighth Defense ( Dkt # 16-1 pg 1 -2 ) are denied, leaving defendant with the burden of proof.

WHEREFORE, Plaintiff respectfully requests that the Court deny the relief sought by defendant, and dismiss defendant's counterclaim with prejudice.

Date: February 24, 2007

Respectfully submitted,

Joseph A. Buaiz Jr.

## CERTIFICATE OF SERVICE

I certify that on February 24, 2007, a true and complete copy of the foregoing Answer to defendant's counterclaim was served upon the following, by USPS, addressed as follows:

JOHN J. LOCURTO
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

Joseph A. Buaiz Jr.