# U.S. Party/Case Index

## All Types Name Search Results

8 Total Party matches for selection BUAIZ for ALL COURTS

Search Complete

Tue Feb 27 00:33:14 2007

Selections 1 through 8 (Page 1)

● Download (1 pages $ 0.00)

### Bankruptcy Cases

| Name | Court | Case No. | Filed | Chapter |
|---|---|---|---|---|
| 1 BUAIZ, GEORGE A. | cacbke | 92-13172 | 03/25/1992 | 13 |
| GEORGE A. BUAIZ AND JULIA F. BUAIZ | | | | |
| 2 BUAIZ, JUANITA F | mnbke | 99-03171 | 07/23/1999 | AP |
| FIRST UNION BANK NA AND BUAIZ | | | | |
| 3 BUAIZ, JUANITA FAYE | mnbke | 99-32248 | 04/29/1999 | 7 |
| TAFT ANTHONY BUAIZ AND JUANITA FAYE BUAIZ | | | | |
| 4 BUAIZ, JULIA F. | cacbke | 92-13172 | 03/25/1992 | 13 |
| GEORGE A. BUAIZ AND JULIA F. BUAIZ | | | | |
| 5 BUAIZ, TAFT A | mnbke | 99-03171 | 07/23/1999 | AP |
| FIRST UNION BANK NA AND BUAIZ | | | | |
| 6 BUAIZ, TAFT ANTHONY, JR | mnbke | 99-32248 | 04/29/1999 | 7 |
| TAFT ANTHONY BUAIZ AND JUANITA FAYE BUAIZ | | | | |

### Civil Cases

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 7 BUAIZ, JOSEPH A, JR. | tnedce | 3:2007cv00056 | 02/15/2007 | 870 | |
| United States of America et al v. Buaiz | | | | | |
| 8 BUAIZ, JOSEPH A., JR. | dcdce | 1:2006cv01312 | 07/24/2006 | 890 | |
| BUAIZ v. UNITED STATES | | | | | |

 # Summons

In the matter of  Joseph A Buaiz, Jr.

Internal Revenue Service (Division):  Small Business/Self-Employed

Industry/Area (name or number):  Gulf States Area, Birmingham Territory

Periods: Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005

## The Commissioner of Internal Revenue

**To:** Joseph A Buaiz, Jr.

**At:** 1795 Rocky Springs Road Bean Station, Tennessee 37708

You are hereby summoned and required to appear before  Velvet Cole, Revenue Agent 62-03098
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents, books, and records in your possession or control reflecting the receipt of taxable income and expenses by you for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Including, but not limited to: statement of wages or commissions for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Statements regarding interest or dividend income for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Statements of employee earnings for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Records of deposits to bank accounts, bank statements, and canceled checks during the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services, including gains from dealings in property, interest, rental, royalty, and dividend income, alimony, annuities, income from life insurance policies, and endowment contracts, pensions, income from discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust, and expenses and deductions, so that Federal Income Tax Liability for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005 can be determined.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          _____
Signature of IRS officer serving the summons                              Title

**Business address and telephone number of IRS officer before whom you are to appear:**

710 Locust Street Suite 400 Knoxville, TN. 37901 865-545-4451 ext 228

**Place and time for appearance at** 710 Locust Street Suite 400 Knoxville, TN. 37901 865-545-4451 ext 228

**IRS**

on the _____25th_____ day of _____May_____ , _____2006_____ at ___9:00___ o'clock ___a___ m.
                                                                        *(year)*
Issued under authority of the Internal Revenue Code this __3rd__ day of _____May_____ , _____2006_____ .
                                                                                                  *(year)*

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____          Revenue Agent
Signature of issuing officer                        Title

_____          Group Manager
Signature of approving officer

1:06-CV-01312 (RMC)  Exhibit V

**Part A - to be given to person summoned**



# Summons

In the matter of  Joseph A Buaiz, Jr.

Internal Revenue Service (Division):  Small Business/Self-Employed

Industry/Area (name or number):  Gulf States Area, Birmingham Territory

Periods: Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005

## The Commissioner of Internal Revenue

To: Joseph A Buaiz, Jr.

At: 1795 Rocky Springs Road Bean Station, Tennessee 37708

You are hereby summoned and required to appear before  Velvet Cole, Revenue Agent 62-03098
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents, books, and records in your possession or control reflecting the receipt of taxable income and expenses by you for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Including, but not limited to: statement of wages or commissions for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Statements regarding interest or dividend income for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Statements of  employee earnings for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005.  Records of deposits to bank accounts, bank statements, and canceled checks during the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005. Any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services, including gains from dealings in property, interest, rental, royalty, and dividend income, alimony, annuities, income from life insurance policies, and endowment contracts, pensions, income from discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust, and expenses and deductions, so that Federal Income Tax Liability for the year(s) Ending December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005 can be determined.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          _____
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

710 Locust Street Suite 400 Knoxville, TN. 37901 865-545-4451 ext 228

**Place and time for appearance at** 710 Locust Street Suite 400 Knoxville, TN. 37901 865-545-4451 ext 228

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___29th___ day of ___June___, ___2006___ at ___9:00___ o'clock ___a___ m.
                                                    (year)

Issued under authority of the Internal Revenue Code this __7th__ day of ___June___, ___2006___.
                                                                    (year)

_____
Signature of issuing officer                         Revenue Agent
                                                            Title

1:06-CV-01312 (RMC)    **Exhibit W**

_____
Signature of approving officer (if applicable)          Title

Part A - to be given to person summoned

# DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
### OFFICE OF CHIEF COUNSEL
### SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
### 810 BROADWAY, SUITE 400
### NASHVILLE, TENNESSEE 37203
### (615) 250-5500
### FAX (615) 250-5502

JUL 1 ? 200~

CC:SB:3:NAS:1:GL-133784-06

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Joseph A. Buiaz, Jr.
1795 Rocky Springs Road
Bean Station, Tennessee 37708

Dear Mr. Buiaz:

The Small Business/Self-Employed Area: Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on June 7, 2006. Under the terms of the summons, you were required to appear before Revenue Agent Velvet Cole on June 29, 2006.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Agent:

            Name:   Velvet Cole
            Date:   July 31, 2006
            Time:   9:00 a.m.
         Address:   710 Locust St., Ste. 400,
                    Knoxville, TN 37901

Any books, records or other documents called for in the summons should be produced at that time.

**1:06-CV-01312 (RMC)  Exhibit X**

CC:SB:3:NAS:1:GL-133784-06        - 2 -

    If you have any questions, please contact Revenue Agent Velvet Cole at (865) 545-4451, ext. 228.

Sincerely,

NANCY W. HALE
Associate Area Counsel
(Small Business/Self-Employed)

By: CAROLINE R. KRIVACKA
Senior Attorney
(Small Business/Self-Employed)

1:06-CV-01312 (RMC)  **Exhibit X**

Joseph A Buaiz Jr.
1783 Rocky Springs Road
Bean Station, Tenn. 37708

July 27th, 2006

Caroline R. Krivacka
Office of Chief Counsel
Small Business and Self Employed Division
810 Broadway, Suite 400
Nashville, TN 37203

Certified Mail # 7003 1680 0004 1011 6882

Dear Mrs. Krivacka,

Thank you for your letter of July 14th, 2006. I have gone to the trouble of making certain that I spelled your name correctly. Please be so kind as to reciprocate by spelling my name correctly in any future correspondence.

Also, please be advised of my address; shown above.

As to the specifics contained within your letter; I see you were assigned the task of coercing me on behalf of the Small Business / Self – Employed Area, and that you are in  fact an attorney for the Small Business / Self – Employed Division. Your contacting me is very interesting considering I am neither a small business, a small business owner, nor am I self employed.

Next we have your allegation that I failed to meet the 'requirement(s)' of Agent Cole's summons(s). The subject summonses (Agent Cole has served four summonses upon me) do not carry any requirement(s). Even if Agent Cole were lucky enough to execute and serve a summons correctly, such summons could not confer any type of requirement. The language; "...for not complying with this summons" might lead one to ask which of Ms. Cole's issuances you are attempting to enforce.  The subject summonses (all four of them) are nothing more than administrative requests, and Ms. Cole's requests have been denied.

Enforcement techniques applied by an attorney from the wrong division, in an effort to compel compliance with un-authorized summonses from the wrong division, likewise fail to confer any type of requirement upon me.

I am intrigued by your not so cleverly veiled threat of legal action. As to your offer of avoiding 'such proceedings'; I have no intention whatsoever to avoid 'such proceedings'. Further, I am offended by your proposition.  I will not be party to Ms. Cole's attempts to deprive the Court of its jurisdiction over the proposed enforcement of her summonses. Statute provides that the enforcement Ms. Cole desires should be sought through the U.S. District Court.

Further, your inference that 'legal proceedings may be brought' appears to be a threat that something more than a PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS may ensue. While very entertaining, your correspondence has an air of deceit about it which could be construed as evidence of tampering with a witness.

Next we find the date of July 31, 2006 as the date *you* are directing me to appear before Ms. Cole. Your (and Ms. Cole's) attempts to circumvent the jurisdiction of the District Court are further evidence of intentional disregards of the Internal Revenue Code. A copy of your correspondence will be entered as evidence in Case No. 1:06- CV-01312-RMC; US District Court in Washington, D.C.

Since Ms. Cole has established that she is not authorized to issue summonses, receive testimony and, or evidence, or even schedule such matters, I must decline your invitation. Agent Cole has committed many violations and disregards of the Internal Revenue Code and the provisions promulgated thereunder. These offenses, along with her clear and blatant violations of several sections of Title 18 U.S.C., prohibit me from meeting with her. To do so would be aiding and abetting her in the furtherance of crimes cognizable to a Court.

By: _Joseph A. Buaiz Jr._
 Joseph A. Buaiz Jr.

Cc: Velvet Cole; via Certified Mail No. 7003 1680 0004 1011 6899

**1:06-CV-01312 (RMC)    Exhibit X**



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION                February 26, 2007


Joseph Buaiz
1795 Rocky Springs Road
Bean Station, TN  37708

Dear Mr. Buaiz:

This is in response to your phone call regarding your Freedom of Information Act (FOIA) request, dated March 3, 2006.  Please find enclosed a copy of our response to you dated March 24, 2006 consisting of 2 pages.

Should you have any questions concerning this correspondence, you may contact Disclosure Assistant Jennifer Dotson, ID # 62-09784, by calling 615-250-5166 or by writing to: Internal Revenue Service, Disclosure Office, 801 Broadway MDP, Nashville, TN  37203.  Please refer to case number 08-2006-01349.


                    Sincerely,


                    Tim D. Christian
                    Badge Number 62-09241
                    Nashville Disclosure Manager
                    Communications Liaison & Disclosure


Enclosures


1:06-CV-01312 (RMC)  Exhibit Y

March 24, 2006

Joseph Buaiz
1795 Rocky Springs Rd.
Bean Station, TN  37708

Dear Mr. Buaiz:

This letter is in response to your Freedom of Information Act request dated March 3, 2006 received in our office on March 14, 2006.  In checking our records, we found no responsive documents pertaining to your request seeking copies of Forms 668W and 668A.  These automated levy notices are usually computer generated and we would not maintain a copy.  Also note that if a levy was issued a copy would have been mailed to you as well.  Please find the attached transcript showing two levy payments that were applied to the 1989 tax account.  These are the only two levy payments we found regarding the 1988 through 2005 tax years as requested.  Please find enclosed Notice 393 explaining your appeal rights.

If you have any questions, please call Jennifer Dotson, Disclosure Assistant, badge number 62-09784 at (615) 250-5166.  Our office is located at 801 Broadway, MDP 44, Nashville, TN  37203.  Your case number is 08-2006-01349.

Sincerely,

Tim D. Christian
Badge Number 62-09241
Nashville Disclosure Manager
Communications Liaison & Disclosure

Case 1:06-cv-01312-RMC   Document 23-2   Filed 03/07/2007

```
IMFOLT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 30198912P02   IMF TAX MODULE              NM CTRL:BUAI
                                                                      UP-CYC:12
TC   DATE       AMOUNT     CYCLE       DLN            VARIABLE DATA
599 05131994        .00   19942108 08249-533-00659-4 CC:88
166 06061994     574.00   19942108 08254-533-64243-4 CSED:06062004
196 06061994   1,247.19   19942108 08254-533-64243-4
290 10031994        .00   19943808 08254-638-00119-4
971 01231995        .00   19950608 49277-427-01044-5 ACT-CD: 035
670 04181995    259.46-   19951808 49217-114-58309-5 DESG-PYMT-CD:05
670 05031995    169.43-   19952008 49217-124-58830-5 DESG-PYMT-CD:05
582 02271996        .00   19961008 62277-458-02121-6
670 02271996        .00   19961008 49218-458-00846-6
360 03181996      12.00   19961008 49218-458-00846-6
530 05161996        .00   19962108 62277-537-05804-6 CC:12
971 02011999        .00   19990708 62277-436-03013-9 ACT-CD: 035
971 02011999        .00   19990808 62277-447-04119-9 ACT-CD: 069
971 03011999        .00   19991108 62277-468-03326-9 ACT-CD: 067
971 08212000        .00   20003308 62277-001-99999-0 ACT-CD: 060
972 11182002        .00   20024608 28277-001-99999-2 ACT-CD: 060
531 01222003        .00   20030608 89277-424-57348-3
971 02172003        .00   20030708 28277-001-99999-3 ACT-CD: 060
971 03012003        .00   20031108 63277-462-04164-3 ACT-CD: 611
972 03242003        .00   20031208 28277-001-99999-3 ACT-CD: 060
              PAGE 002 OF 003            IMFPG 003
```

**1:06-CV-01312 (RMC)  Exhibit Y**