IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Joseph A. Buaiz Jr.,

    Plaintiff,

                                  Civil Action N°: **1:06-cv-01312(RMC)**

-vs.-                             The Honorable Rosemary M. Collyer

UNITED STATES,               RESPONSE TO ORDER

    Defendant.

_____/

**RECEIVED**
**JUN 1 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER OF MAY 7, 2007**

Plaintiff hereby responds to the Court's Order of May 7, 2007:

Plaintiff, upon receiving the aforesaid Order via U.S. Mail on May 17, 2007, prepared and mailed a proposed schedule for dispositve motions and discovery to Counsel for the Defendant, John J. LoCurto III on May 19, 2007. Said mailing included a cover letter requesting Mr. LoCurto's participation and comments. Mr. LoCurto was also provided a telephone number by which he could contact the Plaintiff. Postal records indicate Mr LoCurto received Plaintiff's letter(s)[fnt.1] on May 21, 2007.

As of today, May 31, 2007, Mr Locurto has failed to respond to Plaintiff's proposal either by mail or telephonically. Mr. LoCurto's failure to participate[fnt 2] in framing a

---

[fnt.1] Mr. LoCurto has sent mail to Plaintiff from two different addresses / return addresses. For this reason, Plaintiff mailed a copy of the above referenced mailing to both of Mr. LoCurto's two known mailing addresses.

[fnt 2] Fed. R. Civ. P. 37 (g) addresses 'Failure to Participate in the Framing of a Discovery Plan' with respect to parties other than the United States. Even so, the 1980 Amendment to Rule 37 contains the following specific language directed towards 'Failure of United States to Participate in Good Faith in Discovery': "However, in the case of a government attorney who fails to participate in good faith in discovery, nothing prevents a court in an appropriate case from giving written notification of the fact to the Attorney General of the United States and other appropriate heads of offices or agencies thereof."

1

discovery plan has resulted in the Plaintiff submitting a proposed plan to the Court which has not been agreed upon by the parties.

Despite Mr. LoCurto's failure to participate, Plaintiff submits the attached proposed schedule for dispositive motions and discovery in accordance with the Court's Order.

Date: May 31, 2007

                                                Respectfully submitted

                                                Joseph A. Buaiz Jr.

Attachments:  Proposed schedule for dispositive motions and discovery,
                Copy of cover letter(s) to Counsel for the Defendant,
                Proof of mailing and receipt, consisting of two pages.

## CERTIFICATE OF SERVICE

I certify that on May 31, 2007 a true and complete copy of the foregoing RESPONSE TO THE COURT'S ORDER OF MAY 7, 2007 and its attachments were served upon the following, by USPS, addressed as follows:

JOHN J. LOCURTO
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

                                        By:
                                        Joseph A. Buaiz Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joseph A. Buaiz Jr., )<br>　　　Plaintiff, )<br>　　　　　　　　　　　)<br>v. 　　　　　　　　　)<br>UNITED STATES, 　　)<br>　　　Defendant 　　　)<br>　　　　　　　　　　　) | Civil Action No. 1:06-CV-01312 (RMC)<br>The Honorable Rosemary M. Collyer |

**PROPOSED DISCOVERY AND DISPOSITIVE MOTION SCHEDULE**

　　　In accordance with the Court's Order of May 07, 2007, the parties submit the following proposed schedule for discovery and dispositive motions:

　　1. Conference. The Rule 26(f) conference will be held by June 13, 2007, via telephone, and will be attended by John J. LoCurto III, on behalf of defendant, and Joseph A. Buaiz Jr., Plaintiff, Pro Se.

　　2. Initial Disclosures. The parties will complete their exchange of information as required by FRCP 26(a)(1) and any applicable local rules that may apply no later than June 27, 2007.

　　3. Discovery and Dispositive Motion Schedule. The parties jointly propose to the Court the following discovery schedule, which provides for approximately 120 days of discovery:

　　A.　　Discovery. All discovery should be completed no later than October 31, 2007.

　　B.　　Motions. All dispositive motions should be filed no later than November 14, 2007

**Seen and agreed to by:**

_____Date:_____　　　　_/s/ Joseph A. Buaiz Jr._ Date: 5/31/07
John J. LoCurto III　　　　　　　　　　　　　　Joseph A. Buaiz Jr.
P.O. Box 227 Ben Franklin Station　　　　　　1783 Rocky Springs Rd.
Washington, D.C. 20044　　　　　　　　　　　Bean Station, TN 37708

Counsel for the Defendant　　　　　　　　　　Plaintiff Pro Se

Joseph A. Buaiz Jr.
1783 Rocky Springs Rd.
Bean Station, TN 37708
May 18, 2007

John J. LoCurto, III
US Dept. of Justice
555 4th Street, N.W.
Judiciary Center Bldg, Room 6611
Washington, DC 20001

Re: **_Buaiz v. United States_, No 1:06-CV-01312 (RMC) (D.D.C.)**

Dear Mr. LoCurto,

    The Court has ordered the parties in the above referenced case to submit a schedule for discovery and dispositive motions no later than June 04, 2007. Accordingly, I have drafted a proposed schedule for your review. If my proposed schedule is acceptable, please sign the document and return it to me. If you would like to suggest any changes, please note such changes directly on the document and return it to me.

    To ensure we have sufficient time to comply with the Court's Order, please return the proposed schedule to me, either signed or with comments, by a means which will guarantee that I receive it no later than May 29, 2007. I will mail the proposed schedule to the Court on May 31, 2007. A copy of this mailing is being sent to your P.O. Box 227, Ben Franklin Station address as well.

    You may contact me by telephone at (865) 356-6366 if you would like to discuss this matter, to schedule a conference, and for purposes of conferencing.

                                        Sincerely,

                                        _/s/ Joseph A. Buaiz Jr._
                                        Joseph A. Buaiz Jr.

Enclosure: Proposed discovery schedule.



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 1070 0004 0557 2666**
Detailed Results:

- **Delivered, May 21, 2007, 11:57 am, WASHINGTON, DC 20001**
- **Arrival at Unit, May 21, 2007, 7:20 am, WASHINGTON, DC 20001**
- **Enroute, May 20, 2007, 4:11 pm, WASHINGTON, DC 20074**
- **Acceptance, May 19, 2007, 9:30 am, BEAN STATION, TN 37708**

< Back                    Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0306 1070 0004 0557 2666

Please Print Clearly
John S Locurto III
555 4th St NW
Washington DC 20001

Postmark Here



**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 1070 0004 0557 2673**
Detailed Results:

- Delivered, May 21, 2007, 5:36 pm, WASHINGTON, DC 20044
- Notice Left, May 21, 2007, 5:36 pm, WASHINGTON, DC 20044
- Arrival at Unit, May 21, 2007, 5:35 pm, WASHINGTON, DC 20044
- Enroute, May 20, 2007, 4:11 pm, WASHINGTON, DC 20074
- Acceptance, May 19, 2007, 9:31 am, BEAN STATION, TN 37708

< Back          Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0306 1070 0004 0557 2673

(Please Print Clearly)
John J Locurto
PO Bx 227
Washington DC 20044

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
          (See Reverse)

PS Form 152, May 2002