IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
|         Plaintiff, | ) |
| v. | ) No. 1:06-CV-1312 (RMC) |
| UNITED STATES, | ) |
|         Defendant. | ) |

**Proposed Discovery and Dispositive Motion Schedule**

In accordance with the Court's May 7, 2007, order, the United States proposes the following: (1) initial disclosures under Fed. R. Civ. P. 26(a)(1) will be exchanged by June 27, 2007; (2) all discovery shall be completed by October 31, 2007; and (3) all dispositive motions shall be filed by November 14, 2007.

Date: June 4, 2007

/s/ John J. LoCurto
JOHN J. LoCURTO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2793
Facsimile: (202) 514-6866

JEFFREY A. TAYLOR
United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

**Certificate of Service**

    I certify that, on June 4, 2007, I electronically filed the foregoing proposed discovery and dispositive motion schedule, along with the certification of John J. LoCurto, and caused copies thereof to be served via regular mail, postage prepaid, as follows:

> Joseph A. Buaiz Jr., <u>Pro Se</u>
> 1783 Rocky Springs Road
> Bean Station, TN 37708

        <u>/s/ John J. LoCurto</u>
        JOHN J. LoCURTO