IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-1312 (RMC) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**Certification of John J. LoCurto**

I, John J. LoCurto, provide this certification in response to the Court's May 7, 2007, order and plaintiff's June 1, 2007, filing (PACER no. 29):

1.    On May 7, 2007, the Court ordered the parties to submit a proposed schedule for dispositive motions and discovery – if necessary – by June 4, 2007.

2.    On May 10, 2007, I forwarded to plaintiff a proposed discovery and dispositive motion schedule. See Ex. 1. Plaintiff did not respond to the proposal.

3.    On May 22, 2007, I received from plaintiff an alternative proposed discovery and dispositive motion schedule. See Ex. 2. Plaintiff's draft sought a deadline for initial disclosures, 120 days of discovery, and a longer deadline for dispositive motions. Plaintiff also requested a rule 26(f) teleconference.

4.    I agreed to the majority of plaintiff's requests and, on May 29, 2007, I sent to him a revised proposed discovery and dispositive motion schedule. See Ex. 3. Plaintiff received the revised draft on May 31, 2007. Id. To the extent plaintiff wanted

to discuss the issues identified in rule 26(f), I asked the he do so in writing, but invited him to contact me by telephone to address urgent matters.  Id.

     5.     Because plaintiff sent a "criminal report/complaint" against me (along with other Tax Division personnel, including Assistant Attorney General Eileen J. O'Connor) to the Criminal Division on March 27, 2007, I did not contact him directly by telephone, but instead chose to correspond with him in writing.  See Ex. 4.

     6.     As of this time of this filing, plaintiff has not responded to the United States' revised proposed discovery and dispositive motion schedule.  Accordingly, the United States files the proposal on its own behalf.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2007

/s/ John J. LoCurto
JOHN J. LoCURTO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-2793
Facsimile:  (202) 514-6866

JEFFREY A. TAYLOR
United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC  20530