

U.S. Department of Justice

Tax Division

*Civil Trial Section, Eastern Region*

---

EJO'C:DAH:JJLoCurto:CEO
5-16-4073
CMN 2006105045

*Post Office Box 227*
*Washington, DC 20044*

Telephone: (202) 307-2793
Telecopier: (202) 514-6866

May 10, 2007

**VIA FEDERAL EXPRESS**
Joseph A. Buaiz Jr., <u>Pro Se</u>
1783 Rocky Springs Road
Bean Station, TN 37708

Re:    <u>Buaiz v. United States</u>, No. 1:06-CV-1312 (RMC) (D.D.C.)

Dear Mr. Buaiz:

The Court has ordered us to submit a proposed schedule for dispositive motions and discovery no later than June 4, 2007. To this end, I have drafted a proposed schedule for your review. If the schedule is acceptable, please sign the document and return it to me in the enclosed Federal Express envelope. If you have changes, please note them directly on the document and return it to me. To ensure we have time to file the schedule, please return the document to me – either signed or with comments – no later than May 30, 2007.

If you would like to discuss this matter, you may contact me at (202) 307-2793.

Sincerely yours,

JOHN J. LOCURTO
Trial Attorney
Civil Trial Section, Eastern Region

Enclosure



IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | No. 1:06-CV-1312 (RMC) |

**Proposed Discovery and Dispositive Motion Schedule**

In accordance with the Court's May 7, 2007, order, the parties propose the following schedule: (1) all discovery shall be completed by July 11, 2007; and (2) all dispositive motions shall be filed by July 25, 2007.

**Seen and agreed to by:**

JOSEPH A. BUAIZ JR.
1783 Rocky Springs Road
Bean Station, TN 37708

Plaintiff Pro Se

JOHN J. LOCURTO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2793
Facsimile: (202) 514-6866
john.j.locurto@usdoj.gov

JEFFREY A. TAYLOR
United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

Counsel for the United States

**From:** Origin ID: NHKA (202)307-2793
John J. LoCurto, III, Esquire
US Dept of Justice
555 4th Street, N.W.
Judiciary Center Bldg, Room 6611
Washington, DC 20001



Ship Date: 10MAY07
ActWgt: 1 LB
System#: 1597983/INET2600
Account#: S ********

Delivery Address Bar Code



Ref #
Invoice #
PO #
Dept #

**SHIP TO:** (000)000-0000    **BILL SENDER**

**Joseph A. Buaiz, Jr. Pro Se**

**1783 Rocky Springs Road**

**Bean Station, TN 37708**



**PRIORITY OVERNIGHT**

TRK# **7912 9640 3771**    FORM 0201

**37708**    -TN-US

**FRI**
Deliver By:
11MAY07

**TYS**    A6

**NX GCYA**



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 11, 2007 | 10:48 AM | Delivered | Bean Station, TN | Left at front door. Package delivered to recipient address - release authorized |
| | 8:33 AM | On FedEx vehicle for delivery | MORRISTOWN, TN | |
| | 8:07 AM | At local FedEx facility | MORRISTOWN, TN | |
| | 5:33 AM | At dest sort facility | LOUISVILLE, TN | |
| | 4:52 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 12:37 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| May 10, 2007 | 9:36 PM | Left origin | WASHINGTON, DC | |
| | 7:40 PM | Picked up | WASHINGTON, DC | |
| | 10:56 AM | Package data transmitted to FedEx | | |



Subscribe to tracking updates (optional)

Your Name:                              Your E-mail Address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |

http://www.fedex.com/Tracking                                                                                                  6/4/2007

English

**Select format:** ● HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx