2007 MAY 22  PM 3: 47

Joseph A. Buaiz Jr.
1783 Rocky Springs Rd.
Bean Station, TN  37708
May 18, 2007

John J. LoCurto, III
US Dept. of Justice
555 4th Street, N.W.
Judiciary Center Bldg, Room 6611
Washington, DC  20001

Re:    *Buaiz v. United States*, No  1:06-CV-01312 (RMC) (D.D.C.)

Dear Mr. LoCurto,

The Court has ordered the parties in the above referenced case to submit a schedule for discovery and dispositive motions no later than June 04, 2007. Accordingly, I have drafted a proposed schedule for your review. If my proposed schedule is acceptable, please sign the document and return it to me. If you would like to suggest any changes, please note such changes directly on the document and return it to me.

To ensure we have sufficient time to comply with the Court's Order, please return the proposed schedule to me, either signed or with comments, by a means which will guarantee that I receive it no later than May 29, 2007. I will mail the proposed schedule to the Court on May 31, 2007. A copy of this mailing is being sent to your P.O. Box 227, Ben Franklin Station address as well.

You may contact me by telephone at (865) 356-6366 if you would like to discuss this matter, to schedule a conference, and for purposes of conferencing.

Sincerely,

Joseph A. Buaiz Jr.

Enclosure: Proposed discovery schedule.

GOVERNMENT
EXHIBIT
2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) <br><br> Joseph A. Buaiz Jr.,          ) <br>         Plaintiff,     ) <br>                    ) <br>      v.            ) <br> UNITED STATES,      ) <br>         Defendant   ) <br> _____) | Civil Action No. 1:06-CV-01312 (RMC) <br> The Honorable Rosemary M. Collyer |

### PROPOSED DISCOVERY AND DISPOSITIVE MOTION SCHEDULE

In accordance with the Court's Order of May 07, 2007, the parties submit the following proposed schedule for discovery and dispositive motions:

1. Conference. The Rule 26(f) conference will be held by June 13, 2007, via telephone, and will be attended by John J. LoCurto III, on behalf of defendant, and Joseph A. Buaiz Jr., Plaintiff, Pro Se.

2. Initial Disclosures. The parties will complete their exchange of information as required by FRCP 26(a)(1) and any applicable local rules that may apply no later than June 27, 2007.

3. Discovery and Dispositive Motion Schedule. The parties jointly propose to the Court the following discovery schedule, which provides for approximately 120 days of discovery:

A.    Discovery. All discovery should be completed no later than October 31, 2007.

B.    Motions. All dispositive motions should be filed no later than November 14, 2007

**Seen and agreed to by:**

_____Date:_____     _____Date:_____

John J. LoCurto III                       Joseph A. Buaiz Jr. <br>
P.O. Box 227 Ben Franklin Station         1783 Rocky Springs Rd. <br>
Washington, D.C.  20044                Bean Station, TN  37708

Counsel for the Defendant              Plaintiff Pro Se