

U.S. Department of Justice

Tax Division

Civil Trial Section, Eastern Region

---

EJO'C:DAH:JJLoCurto:CEO
5-16-4073
CMN 2006105045

Post Office Box 227
Washington, DC 20044

Telephone: (202) 307-2793
Telecopier: (202) 514-6866

May 29, 2007

**VIA FEDERAL EXPRESS**
Joseph A. Buaiz Jr., <u>Pro Se</u>
1783 Rocky Springs Road
Bean Station, TN 37708

Re:   <u>Buaiz v. United States</u>, No. 1:06-CV-1312 (RMC) (D.D.C.)

Dear Mr. Buaiz:

    I received your letter dated May 18, 2007, in which you suggested changes to the proposed discovery and dispositive motion schedule I sent to you on May 10th. I agree to your June 27th deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1). I will also agree to your request for 120 days of discovery and to your November 14th dispositive motion deadline.

    You have also requested a rule 26(f) teleconference on June 13th. The rule 26 conference generally precedes the submission of a proposed discovery schedule. Because we must submit our schedule on June 4th, there is no apparent need for the June 13th teleconference. If you wish to address any of the issues identified in rule 26(f), I ask that you do so in writing. If an urgent matter arises, you may also contact me at (202) 307-2793.

    Enclosed you will find a revised discovery and dispositive motion schedule incorporating the changes discussed above. If the schedule is acceptable, please sign the document and return it to me in the enclosed Federal Express envelope. To ensure we have time to file the schedule, please return the document to me no later than June 1, 2007.

                                        Sincerely yours,

                                        JOHN J. LOCURTO
                                        Trial Attorney
                                        Civil Trial Section, Eastern Region

Enclosure



GOVERNMENT EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JOSEPH A. BUAIZ JR.,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   No. 1:06-CV-1312 (RMC)
                                    )
UNITED STATES,                      )
                                    )
        Defendant.                  )

**Proposed Discovery and Dispositive Motion Schedule**

In accordance with the Court's May 7, 2007, order, the parties propose the following: (1) initial disclosures under Fed. R. Civ. P. 26(a)(1) will be exchanged by June 27, 2007; (2) all discovery shall be completed by October 31, 2007; and (3) all dispositive motions shall be filed by November 14, 2007.

**Seen and agreed to by:**

| | |
|---|---|
| JOSEPH A. BUAIZ JR.         Date | JOHN J. LOCURTO         Date |
| 1783 Rocky Springs Road | Trial Attorney, Tax Division |
| Bean Station, TN 37708 | U.S. Department of Justice |
| | P.O. Box 227, Ben Franklin Station |
| Plaintiff Pro Se | Washington, D.C. 20044 |
| | Telephone: (202) 307-2793 |
| | Facsimile: (202) 514-6866 |
| | |
| | JEFFREY A. TAYLOR |
| | United States Attorney |
| | Judiciary Center Building |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | |
| | Counsel for the United States |

FedEx | Ship Manager | Label                                          https://www.fedex.com/ship/domesticShipmentAction.do?method=..

From:   Origin ID: NHKA   (202)307-2793
John J. LoCurto, III, Esquire
US Dept of Justice
555 4th Street, N.W.
Judiciary Center Bldg, Room 6611
Washington, DC 20001



Ship Date: 29MAY07
ActWgt: 1 LB
System#: 1597983/INET7011
Account#: S *********

Delivery Address Bar Code



SHIP TO:   (000)000-0000       BILL SENDER
**Joseph A. Buaiz, Jr.**
Pro Se
1783 Rocky Springs Road

Bean Station, TN 37708

Ref #
Invoice #
PO #
Dept #



**PRIORITY OVERNIGHT**                             **WED**
                                                   Deliver By:
TRK#  **7907 4883 0727**   FORM 0201                30MAY07
                                           **TYS**  A6

**37708**   -TN-US
                              **NX GCYA**



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# FedEx

US Home                                                                Information Center | Customer S

Español                                                                                                  Search

**Package / Envelope Services** | Office / Print Services | Freight Services | Expedited Servi

Ship | **Track** | Manage My Account | International Tools

**Track Shipments**
## Detailed Results

🖨 Printable Version   ❓ Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 790748830727 | **Destination** | Bean Station, TN | **Wrong Address?** Reduce future mistal |
| **Signed for by** | J.BUAIZ | **Delivered to** | Residence | FedEx Address Chec |
| **Ship date** | May 29, 2007 | **Service type** | Priority Envelope | |
| **Delivery date** | May 31, 2007 10:59 AM | **Weight** | 0.5 lbs. | Tracking a FedEx Sr Shipment? Go to shipper login |
| **Status** | Delivered | | | |
| **Signature image available** | Yes | | | |

**Take 15% off** list rates on eligible FedEx Express online shipments.

Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 31, 2007 | 10:59 AM | **Delivered** | Bean Station, TN | |
| | 8:59 AM | On FedEx vehicle for delivery | MORRISTOWN, TN | |
| | 8:39 AM | At local FedEx facility | MORRISTOWN, TN | |
| May 30, 2007 | 6:30 PM | At dest sort facility | LOUISVILLE, TN | |
| | 4:29 PM | Departed FedEx location | MEMPHIS, TN | |
| | 11:57 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:12 AM | At local FedEx facility | CHANTILLY, VA | |
| May 29, 2007 | 9:36 PM | Left origin | WASHINGTON, DC | |
| | 7:21 PM | Picked up | WASHINGTON, DC | |
| | 9:36 AM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

**Subscribe to tracking updates (optional)**

**Your Name:**                                   **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx