Joseph A. Buaiz Jr.
1783 Rocky Springs Rd.
Bean Station, Tennessee
March 27, 2007

Department of Justice
Criminal Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530 – 0001                Registered Mail # RA 671 059 045 US

Re: Criminal Report / Complaint against:

John J. LoCurto, Trial Attorney, US Department of Justice (D.C. Bar No. 481425)
Andrew M. Stroot, Esq., Asst. Counsel for the Commissioner International - IRS
Eileen J. O'Connor, Asst. A.G. for the Tax Division of the United States Department of Justice
Jeffrey R. Lawson, IRS Resident Agent in Charge, allegedly at Cincinnati, OH and Andover, MA.
Midge Ward, IRS Supervisor Accounting Technician, Ogden W&I Submission Processing

General Gonzales,

The following Affidavit of Complaint / Criminal Report is made pursuant to Title 18 U.S.C. § 4, wherein the duty to report felonies is set forth. In accordance with the aforesaid requirement, I, Joseph A. Buaiz Jr., herby report the commission of felonies cognizable to a Court.

Complainant / Affiant fully expects the crimes cited herein to be investigated and prosecuted.

### NARATIVE

On July 24, 2007 Complainant filed suit against the United States to recover damages in US District Court pursuant to 26 USC § 7433. On November 17, 2006, John J. LoCurto, Counsel for the defendant, requested of Mr. Andrew M. Stroot, Esq., certified transcripts for use in defendant's counterclaim. Exhibit **A** is a copy of Mr. LoCurto's letter to Mr. Stroot.

On February 5, 2007, the United States, purportedly at the direction of Eileen J. O'Connor, filed its answer and counterclaim in <u>Buaiz v. United States</u> Civil No. 1:06-cv-01312 (RMC).

On February 20, 2007, John J. LoCurto submitted as exhibits, *intra alia,* eight (8) Form(s) 4340 which were certified as "Official Record(s) of the United States of America". Said Official Records contain false entries regarding fictitious "Legal Suit(s)". See Exhibits **B** through **I**

## AFFIDAVIT OF COMPLAINT
## CRIMINAL REPORT

### CRIMES AGAINST THE UNITED STATES

1. 18 U.S.C. §1018, Official certificates or writings; to wit: Jeffrey R. Lawson, knowingly made, on January 24, 2007, and delivered as true, two Official transcripts, Form 4340, which contained statements he knew to be false. Jeffrey R. Lawson certified the aforementioned Official transcripts as "Official Record of the United States of America" the following day, January 25, 2007. These acts committed by Jeffrey R. Lawson in his official capacity as Resident Agent in Charge, constitute crimes against the United States. See Exhibits: **B** and **C**

    Said "Official Record(s) of the United States of America" contain false and fraudulent citations of "Legal Suit Pending", and "Legal Suit No Longer Pending" on page # 4. Complainant provides, as Exhibit **J**, a PACER printout which proves conclusively that Jeffrey R. Lawson falsified Official Records of the United States of America by certifying citations of fictitious "Legal Suit(s) Pending" and "Legal Suit(s) no Longer Pending" upon the aforementioned Official Record(s) of the United States of America.

    Further, Jeffrey R. Lawson falsely certifies to have made the transcript represented by Exhibit **B** at Cincinnati, OH on January 24, 2007, and to have made the transcript represented by Exhibit **C** the same day, January 24, 2007, at Andover, Massachusetts. Jeffrey R. Lawson's actions regarding his falsification of two Official Records of the United States of America constitute crimes against the United States

2. 18 U.S.C. §1018, Official certificates or writings; to wit: Midge Ward, on December 06, 2006, knowingly made, certified, and delivered as true, six Official Certificates, Form 4340 transcripts, which contained statements she knew to be false. Midge Ward certified the aforesaid falsified Official Certificates as "Official Record of the United States of America". These acts, committed by Midge Ward in her capacity as Supervisor Accounting Technician, constitute crimes against the United States. See Exhibits: **D, E, F, G, H,** and **I**.

The subject "Official Record(s) of the United States of America" produced and certified by Midge Ward contain false and fraudulent citations of "Legal Suit Pending", and "Legal Suit No Longer Pending" on page # 2 of each transcript. Exhibit **J**, a PACER printout, proves conclusively that Midge Ward falsified six Official Record(s) of the United States of America by certifying citations of fictitious "Legal Suit(s) Pending" and "Legal Suit(s) no Longer Pending" upon the aforementioned Official Record(s) of the United States of America.

The fictitious "Legal Suit(s)" attested to by Midge Ward purportedly span a period of nearly nine months. Exhibit **J** stands as conclusive proof Midge Ward falsified, and then certified as Official Records of the United States of America, records which contain entries Midge Ward knew to be false. Midge Ward's falsification of six "Official Record(s) of the United States of America" constitutes crimes against the United States.

3. 18 U.S.C. § 1017, Government seals wrongly used and instruments wrongly sealed; to wit: Jeffrey R. Lawson and Midge Ward wrongly sealed the aforementioned falsified Official Records with the Great Seal of the United States of America, certifying same to be "Official Record(s) of the United States of America". These acts, committed by Jeffrey R. Lawson and Midge Ward, constitute crimes against the United States.

4. 18 U.S.C. § 1001, Knowingly and willfully making false, fictitious, or fraudulent statements or representations, or <u>making or using any false writing or document</u> knowing same to contain any false, fictitious or fraudulent statement or entry; to wit: Counsel for the United States, John J. LoCurto and Eileen J. O'Connor <u>made use of</u> the aforesaid falsified "Official Records" by submitting same as exhibits in support of the United States' defense and counterclaim in *Buaiz v. United States* Civil No. 1:06-cv-01312 (RMC). Said action is currently pending in US District Court in the District of Columbia.

John J. LoCurto and Eileen J. O'Connor, by virtue of their positions within the Department of Justice and their undeniable access to PACER, knew the Official Records they entered as exhibits in *Buaiz* were falsified. The utilization of the aforesaid falsified Official Records of the United States of America records by Eileen J. O'Connor and John J. LoCurto constitutes crimes against the United States.

5. 18 U.S.C. § 371. Conspiracy to commit offense or to defraud United States. <u>If two or more persons conspire either to commit any offense against the United States,</u> or to defraud the United States, or any agency there-of in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, ...

The following sequence of events and timeline reveal a concerted effort to falsify the record evidence in a Federal case pending before the United States District Court for the District of Columbia on the parts of John J. LoCurto, Andrew M. Stroot, Jeffrey R. Lawson, Midge Ward, and Eileen J. O'Connor:

a. November 17, 2006, John J. LoCurto requests, by letter, of Andrew M. Stroot certified transcripts to be used in the United States' counterclaim in *Buaiz v. United States* Civil No. 1:06-cv-01312 (RMC).

b. January 24, 2007, Jeffrey R. Lawson falsely certified that the records of 'this office', allegedly located in Cincinnati, Ohio, disclosed to him evidence of a "Legal Suit" to which Joseph A. Buaiz Jr. was a party, and which was commenced and terminated on 10-19-2005

c. Again, on January 24, 2007, Jeffrey R. Lawson, now allegedly at a location in Andover, Massachusetts, falsely certified that the records of 'this office' (Andover Massachusetts) disclosed to him evidence of a "Legal Suit" to which Joseph A. Buaiz Jr. was a party, and which was commenced and terminated on 10-19-2005.

d. January 25, 2007, Jeffrey R. Lawson wrongly affixed the Great Seal of the United States of America, by way of certification cover sheets, to the falsified records discussed in "b" and "c" above, thereby creating falsified Official Records of the United States of America.

e. December 6, 2006, Midge Ward falsely certifies upon six separate official transcripts that the records of 'this office' disclosed to her evidence of a "Legal Suit" to which Joseph A. Buaiz Jr. was a party. The fictitious "Legal Suit" Midge Ward certified to have evidence of allegedly commenced 10-19-2005 and ended nearly nine months later, on 07-16-2006.

f. December 6, 2006, Midge Ward wrongly affixed the Great Seal of the United States of America, by way of certification cover sheets, to the six falsified records discussed in "e" above, thereby creating six falsified Official Records of the United States of America.

g. February 5, 2007, acting at the direction of Eileen J. O'Connor, John J. LoCurto filed the United States' answer and counterclaim in *Buaiz v. United States* 1:06-cv-01312 (RMC)

h. February 20, 2007, John J. LoCurto submitted the eight subject falsified Official Records of the United States of America as exhibits in support of the United States' counterclaim. The record in *Buaiz* shows the subject falsified Official Records were entered as exhibits fifteen days after filing of the counterclaim which Eileen J. O'Connor directed.

i. The record evidence in *Buaiz* now contains falsified Official Records of the United States which were (1) requested, (2) fabricated - falsified, (3) fraudulently certified, (4) delivered and, (5) entered as exhibits in *Buaiz v. United States* as a direct result of a concerted effort by the aforementioned conspirators. These crimes were committed by the aforementioned conspirators while acting in their Official capacities.

Further Affiant sayeth naught

Affiant: *Joseph A Buaiz Jr*

State of Tennessee                                              County of Grainger

Sworn and subscribed before me on: March 27, 2007. WITNESS my hand and official seal.

Signature: *Barbara S. Wolfe*                         NOTARY PUBLIC

My Commission expires: 3-28-2010

Seal: [Barbara S. Wolfe, State of Tennessee Notary Public, Grainger County]

Criminal Complaint / Criminal Report to USAG Gonzales
Crimes Against the United States
Page 5 of 5