IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Joseph A. Buaiz Jr.,

    Plaintiff,

-vs.-

UNITED STATES,

    Defendant.
_____/

Civil Action Nº: **1:06-cv-01312(RMC)**
The Honorable Rosemary M. Collyer

**ADDENDUM** TO PLAINTIFF'S
RESPONSE (Dkt # 29) TO THE
COURT'S ORDER OF MAY 7, 2007

### ADDENDUM TO PLAINTIFF'S REPONSE TO THE COURT'S ORDER OF MAY 7, 2007

Plaintiff provides this Addendum to his response to the Court's Order of May 7, 2007:

Plaintiff mailed his response the aforesaid Order of the Court by U.S.P.S. Express Mail on May 31, 2007. Plaintiff made Counsel for the Defendant aware of the fact that Counsel's participation was requested and his response to Plaintiff's proposed discovery schedule would need to be delivered to Plaintiff no later than May 29, 2007. This scheduling was necessary to ensure Plaintiff, who relies upon U.S. Mail to submit pleadings to the Court, had sufficient mailing time to comply with the Court's Order.

Counsel for the Defendant, John J. LoCurto III, did not forward his revised proposed discovery and dispositive motion schedule to the Plaintiff until May 29, 2007.

Consequently, Mr. LoCurto's revised proposed discovery and dispositive motion schedule was not delivered to Plaintiff until approximately 11:00 AM, May 31, 2007, as shown on page 4 of Mr. LoCurto's Exhibit 3, at Docket # 30.

**RECEIVED**

JUN 7 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

1

Plaintiff had already mailed his proposed discovery and dispositive motion schedule to the Court approximately one half hour before receiving Mr. LoCurto's tardy response.

Exhibit #1, (attached) a copy of the pertinent U.S.P.S. Express Mail receipt, shows that Plaintiff mailed his proposed schedule to the Court at 10:30 AM, May 31, 2007.

Thus, the record shows that Plaintiff's best efforts to comply with the Order of the Court were thwarted by a combination of Mr. LoCurto's failure to forward his revised proposed discovery schedule timely and his refusal to contact Plaintiff by telephone[fnt. 1], together with very unfortunate timing on the part of Mr. LoCurto's chosen letter carrier.

Plaintiff attempted, unsuccessfully, to discuss the Court's Order of May 7, 2007 with Mr. LoCurto by telephone during the week of May 17, 2007.

Further, the record evidence shows that Plaintiff's statement that, "As of today, May 31, 2007, Mr. LoCurto has failed to respond to Plaintiff's proposal either by mail or telephonically." (Dkt. # 19) was true and correct at the time it was written and mailed to the Court.

Date: June 6, 2007

Respectfully submitted

*Joseph A. Buaiz Jr.*
Joseph A. Buaiz Jr.

---

[fnt. 1] Telephone contact by Mr. LoCurto regarding the tardy forwarding of his revised proposed discovery and dispositive motion schedule would have afforded the parties an opportunity to remedy the situation.

2

## CERTIFICATE OF SERVICE

I certify that on June 6, 2007 a true and complete copy of the foregoing ADDENDUM to Plaintiff's RESPONSE TO THE COURT'S ORDER OF MAY 7, 2007 and its attachments were served upon the following, by USPS, addressed as follows:

JOHN J. LOCURTO
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

By: *[signature]*
Joseph A. Buaiz Jr.

# EXPRESS MAIL
## UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 20

**Post Office To Addressee**

EQ 918505919 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

**DELIVERY (POSTAL USE ONLY)**

**CUSTOMER USE ONLY**

WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday   Mailer Signature

**FROM:** (PLEASE PRINT) PHONE ( )

**TO:** (PLEASE PRINT) PHONE ( )

FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

---

```
              BEAN STATION MPO
           BEAN STATION, Tennessee
                 377089998
           4761480704 -0098
           (865)993-2599   10:32:43 AM
05/31/2007        Sales Receipt
Product            Sale    Unit    Final
Description        Qty     Price   Price
WASHINGTON DC 20001
Zone-4 Express Mail
PO-Add Flat Rate                   $16.25
3.50 oz.
Label #:    EQ918505919US
Next Day Noon / Normal
Delivery
                                  ========
Issue PVI:                         $16.25

Total:                             $16.25
Paid by:
Cash                               $20.25
Change Due:                        -$4.00

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000200217932
Clerk: 01

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

              Customer Copy
```

1:06-CV-01312 (RMC)

# Exhibit # 1