UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1312 (RMC) |

## SCHEDULING ORDER

Upon consideration of the reports filed by the parties in response to the Court's May 7, 2007 Minute Entry Order, it is hereby **ORDERED** that:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made no later than June 27, 2007.

2. Each party is limited to a maximum of five depositions.

3. Each party is limited to a maximum of 25 interrogatories, including discrete subparts. Responses to all interrogatories shall be made 30 days after service.

4. Each party is limited to a maximum of 25 requests for admissions, including discrete subparts. Responses to all requests for admissions shall be made thirty 30 days after service.

5. All discovery shall be completed no later than October 31, 2007.

6. Dispositive motions shall be filed no later than November 14, 2007; oppositions and replies shall be filed according to the Local Rules of this Court. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

7. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

8. The parties and counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. The parties are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, the parties are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that they are unable to resolve a dispute, the parties shall contact chambers to arrange for a telephone conference with the Court. The parties and counsel shall not file discovery motions without a prior telephone conference with the Court.

9. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).


**SO ORDERED.**


Date: June 11, 2007                                  /s/
                                           ROSEMARY M. COLLYER
                                           United States District Judge