## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

JOSEPH A. BUAIZ JR.,                      )
                                          )
        Plaintiff,               )
                                          )
    v.                                )    No. 1:06-CV-1312 (RMC)
                                          )
UNITED STATES,                            )
                                          )
        Defendant.               )

### Certification of John J. LoCurto

I, John J. LoCurto, provide this certification in support of the United States'

motion under Fed. R. Civ. P. 37(d) to dismiss plaintiff Joseph A. Buaiz's amended

complaint and to strike Buaiz's answer to the United States' counterclaim:

    1.      I am a Trial Attorney with the United States Department of Justice, Tax

Division, and have primary responsibility for defending this action and prosecuting the

United States' counterclaims.

    2.      On June 13, 2006, I issued to Buaiz a notice for his deposition.  A true and

correct copy of the deposition notice served on Buaiz is attached as exhibit 1.

    3.      On July 6, 2007, I sent a letter to Buaiz that, among other things, reminded

him of his scheduled deposition by transmitting a second copy of the deposition notice.

A true and correct copy of the July 6th letter to Buaiz is attached as exhibit 2.

    4.      On July 13, 2007, I sent to Buaiz another letter concerning his July 20th

deposition.  The letter invited Buaiz to contact me by telephone to provide information

about those who might attend the deposition with him.  A true and correct copy of the

July 13th letter to Buaiz is attached as exhibit 3.

5.      On July 19, 2007, I called Buaiz to confirm that he would attend his July

20th deposition.  Buaiz returned my call and informed me that he would not attend.  He

represented that he does not have sufficient funds "to cross the street," and will not

appear in Washington, D.C. to be deposed.  We discussed various discovery issues

during the call, but did not agree on how to accomplish Buaiz's deposition.

6.      During our call, Buaiz indicated that he had sent a letter to me concerning

his deposition.  As of July 20, 2007, I had not received any such correspondence.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing

is true and correct.

Executed on July 23, 2007

/s/ John J. LoCurto
JOHN J. LoCURTO
Trial Attorney, Tax Division
United States Department of Justice