

U.S. Department of Justice

Tax Division

*Civil Trial Section, Eastern Region*

EJO'C:DAH:JJLoCurto:CEO
5-16-4073
CMN 2006105045

Post Office Box 227
Washington, DC 20044

Telephone: (202) 307-2793
Telecopier: (202) 514-6866

July 6, 2007

**VIA FEDERAL EXPRESS**
Joseph A. Buaiz Jr., Pro Se
1783 Rocky Springs Road
Bean Station, TN 37708

Re:   *Buaiz v. United States*, **No. 1:06-CV-1312 (RMC) (D.D.C.)**

Dear Mr. Buaiz:

   I received your letter about the United States' initial disclosures. The United States served its disclosures in accordance with the Court's order, and post office records indicate you received them on July 5, 2007.

   Out of an abundance of caution, however, I have enclosed for your convenience a second copy of the United States' initial disclosures as well as duplicates of the notice of deposition and interrogatories that were forwarded to you on June 13, 2007.

Sincerely yours,

JOHN J. LOCURTO
Trial Attorney
Civil Trial Section, Eastern Region

Enclosures

EXHIBIT 2