

U.S. Department of Justice

Tax Division

Civil Trial Section, Eastern Region

---

EJO'C:DAH:JJLoCurto:CEO
5-16-4073
CMN 2006105045

Post Office Box 227
Washington, DC 20044

Telephone: (202) 307-2793
Telecopier: (202) 514-6866

July 13, 2007

**VIA FEDERAL EXPRESS**
Joseph A. Buaiz Jr., Pro Se
1783 Rocky Springs Road
Bean Station, TN 37708

Re:   *Buaiz v. United States*, No. 1:06-CV-1312 (RMC) (D.D.C.)

Dear Mr. Buaiz:

    As you know, your deposition is set for July 20, 2007, in Washington, D.C. The building in which your deposition will occur is a secure facility, and all visitors must check in and state their business before being escorted to their destination. Please allow yourself enough time to pass through security when you arrive on July 20th. In addition, if you intend to have anyone in attendance at the deposition, you must provide to me a list of their names no later than July 17, 2007. You may either send me the list or call me at (202) 307-2793 to provide the information. Individuals who are not identified on your list will not be permitted access to the building or deposition.

Sincerely yours,

JOHN J. LOCURTO
Trial Attorney
Civil Trial Section, Eastern Region

EXHIBIT 3