UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:06-CV-1312 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

**Order Dismissing Amended Complaint and Striking Answer to Counterclaim**

The Court, having considered the United States' motion to dismiss and strike under Fed. R. Civ. P. 37(d), and any opposition, holds that the motion should be granted because plaintiff's failure to appear for his deposition was unjustified and prejudicial and a lesser sanction will not suffice.

Therefore, it is on this _____ day of August, 2007:

ORDERED that the United States' motion is GRANTED.

ORDERED that the amended complaint (doc. no. 3) is DISMISSED.

ORDERED that plaintiff's answer to the United States' counterclaim (doc. no. 21) is STRICKEN.

ORDERED that the clerk shall distribute copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John J. LoCurto
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C.  20044

Joseph A. Buaiz Jr., <u>Pro</u> <u>Se</u>
1783 Rocky Springs Road
Bean Station, TN 37708