UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CIVIL COURTROOM MINUTES - GENERAL

Case No. 3:07-cv-56          At Knoxville, TN          Date August 3, 2007

Style UNITED STATES OF AMERICA vs JOSEPH A. BUAIZ, JR.

PRESENT:
HONORABLE THOMAS W. PHILLIPS, United States District Judge

Janet M. Jackson                                   Netta Kocuba
Deputy Clerk                                       Court Reporter

ATTORNEY(S) PRESENT FOR PLTFS:          ATTORNEY(S) PRESENT FOR DEFTS:
Helen C. T. Smith                                  Joseph A. Buaiz, Jr (pro se)

PROCEEDINGS:
MOTION/CONTEMPT HEARING – Defendant appears on a motion for contempt for failure to appear pursuant to IRS Summons. The defendant informed the Court that he has attempted to retain counsel and that is the reason that he has not appeared for the meeting with the IRS agent. The Court allows the defendant additional time to consult with counsel, and he is given until 8/15/07 to obtain counsel and to meet with Agent Cole. Ms. Smith will report to the Court on 8/17/07 concerning the status of the meeting and/or need for subsequent hearing. Court advised Mr. Buaiz that if he did not comply that he would be facing incarceration.

Time 10:00 to 10:20

EXHIBIT
1