PATENT ~~~~
~~ DIVISION

2007 JUL 23 PM 4: 35

Joseph A. Buaiz Jr.
1783 Rocky Springs Rd.
Bean Station, TN 37708

July 17, 2007

**VIA EXPRESS MAIL**
John J. LoCurto III
555 4th Street, N.W.
Room 6611
Washington, D.C. 20001

6838

RE: Proposed Deposition schedule: *Buaiz v. UNITED STATES* 1:06-cv-01312 (RMC)

Dear Mr. LoCurto:

    The purpose of this letter is to inform you that I will not be able to accommodate your proposed deposition schedule. It is impossible for me to travel to the Washington D.C. any time soon. Due to the hardship imposed by your client's collection actions, the expense of such a trip is outside my means.

    As you know, I attempted to contact you by telephone twice on or about May 15, 2007. These efforts to communicate and in an effort to streamline our discovery plans were in good faith. Your refusal to participate in any type of conference has deprived both of us of the opportunity(s) we otherwise have had. Matters such as the present issue could have been addressed and settled in a gentlemanly manner and without undue effort.

    Stipulation, concessions, agreements of all kinds should have been available to us. However, your refusal to contact me by telephone as asserted in your certification executed June 4, 2007 has become an impediment to both of our discovery plans.

    A telephonic deposition would be a viable alternative to your proposal. Please advise me of a date and time for such a deposition.

    I look forward to hearing from you with regard to a viable alternative to your proposed deposition schedule.

                                            Sincerely,

                                            *Joseph A. Buaiz Jr.*

EXHIBIT 2