## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH A. BUAIZ JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06-CV-1312 (RMC) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### Certification of Jane Lethco

I, Jane Lethco, provide this certification in support of the United States' motion for summary judgment on its counterclaim against Joseph A. Buaiz Jr.:

1.      I am a revenue officer with the Internal Revenue Service, and in this capacity I have access to and have reviewed information concerning the income tax and civil penalty assessments against and balances due from plaintiff Joseph A. Buaiz Jr.

2.      Buaiz owes the following income taxes, penalties and interest:

| Tax Year | Assessment Date | Assessed Amount | Balance Due as of July 16, 2007 | Attached Exhibit No. |
|---|---|---|---|---|
| 1993 | March 17, 1997 | $8,834.30 | $15,375.68 | 14 |
| 1994 | March 24, 1997 | $9,500.19 | $15,995.66 | 15 |

3.      As of July 16, 2007, Buaiz owes for the 1993 and 1994 tax years income taxes, penalties, and interest totaling $31,371.34.

4.      Buaiz owes the following civil penalties assessed under 26 U.S.C. § 6702 for filing frivolous tax returns:

| Tax Year | Assessment Dates | Assessed Amount | Balance Due as of July 16, 2007 | Attached Exhibit |
|---|---|---|---|---|
| 1989 | February 7, 2005<br>February 6, 2006 | $500.00<br>$500.00 | $1,178.54 | 16 |
| 1990 | February 7, 2005<br>February 6, 2006 | $500.00<br>$500.00 | $1,153.22 | 17 |
| 1991 | February 7, 2005<br>February 6, 2006 | $500.00<br>$500.00 | $1,153.22 | 18 |
| 1992 | February 7, 2005<br>February 6, 2006 | $500.00<br>$500.00 | $1,153.22 | 19 |
| 1993 | February 7, 2005<br>February 6, 2006 | $500.00<br>$500.00 | $1,153.22 | 20 |
| 1994 | February 7, 2005<br>February 6, 2006 | $500.00<br>$500.00 | $1,153.22 | 21 |

5.    As of July 16, 2007, Buaiz owes civil penalties and interest for 1989 through 1994 totaling $6,944.64.

6.    The civil penalties reflected in paragraph 4 were based on Buaiz's filing of frivolous estate and trust income tax returns (form 1041) instead of individual income tax returns (form 1040) for the years at issue.  Attached as examples of Buaiz's frivolous filings are true and correct copies of the estate and trust returns Buaiz filed for 1991, 1992, 1993, and 1994, along with related correspondence from the Internal Revenue Service (attached as exhibits 22-25).

7.    As of July 16, 2007, Buaiz owes the United States a total of $38,315.98 for the tax and penalty liabilities set forth in paragraphs 2 through 5.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2007

JANE LETHCO
Revenue Officer