```
PAGE NO-0001                                    IRS EMPLOYEE 2516621799
DATE REQUESTED 07-02-2007                       PRINT DATE 07-03-2007
FORM NUMBER: 1040A                              TAX PERIOD: DEC  1993
              TAXPAYER IDENTIFICATION NUMBER: ███████

     JOSEPH A BUAIZ
                                                   BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:         11,998.32
     ACCRUED INTEREST:         3,377.36    AS OF 07-16-2007
     ACCRUED PENALTY:              0.00    AS OF 07-16-2007

     ACCOUNT BALANCE
        PLUS ACCRUALS:        15,375.68

**  EXEMPTIONS: 01              **FILING STATUS: SINGLE
**  ADJUSTED GROSS INCOME:    38,492.00
**  TAXABLE INCOME:           32,442.00
    TAX PER RETURN:                0.00

**  PER RETURN OR AS ADJUSTED

06-27-1996 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
08-12-1996 PROCESSING DATE

                          TRANSACTIONS
                                                              MONEY AMOUNT
                                                 DATE         (IF APPLICABLE)
CODE        EXPLANATION
 150  NO RETURN FILED SUBSTITUTE FOR RETURN      08-12-1996         0.00
      49210-195-25603-6
 170  ESTIMATED TAX PENALTY                      03-17-1997       166.00
      19971008
 160  LATE FILING PENALTY                        03-17-1997       941.03
      19971008
 806  WITHHOLDING CREDIT                         04-15-1994     2,037.00-
 300  ADDITIONAL TAX ASSESSED BY EXAMINATION     03-17-1997     6,206.00
      49247-458-00094-7   19971008
 336  INTEREST ASSESSED                          03-17-1997     1,521.27
      19971008
 582  FEDERAL TAX LIEN                           07-28-1997
 360  FEES AND COLLECTION COSTS                  08-18-1997        12.00
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 02-01-1999
      LEVY NOTICE ISSUED
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 03-01-1999
      COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 08-23-2001
      LEVY NOTICE ISSUED
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 10-18-2001
      UNDELVERABLE LEVY NOTICE

*****************************CONTINUED ON NEXT PAGE*****************************
```


GOVERNMENT EXHIBIT 14

```
PAGE NO-0002                                                IRS EMPLOYEE 2516621799
                                              03-17-1997              100.97-
161 LATE FILING PENALTY ABATED                03-17-1997              100.97
163 LATE FILING PENALTY
    19971008                                  05-26-2003            1,042.50
270 FAILURE TO PAY TAX PENALTY
    20032008                                  05-26-2003                0.00
290 ADDITIONAL TAX ASSESSED
    29254-522-05241-3   20032008              05-26-2003            4,104.52
196 INTEREST ASSESSED
    20032008                                  02-07-2005                0.00
290 CLAIM DISALLOWED
    83254-405-98003-5                         10-19-2005
520 LEGAL/BANKRUPTCY SUIT      PENDING        02-06-2006                0.00
290 CLAIM DISALLOWED
    83254-411-98017-6                         10-19-2005
521 LEGAL/BANKRUPTCY SUIT NO LONGER PENDING   04-15-2005              199.00-
706 OVERPAID CREDIT APPLIED
    1040         200412                       04-10-2006               23.00-
706 OVERPAID CREDIT APPLIED
    1040         200512                       10-19-2005
971 COLLECTION DUE PROCESS EQUIVALENT HEARING
    REQUEST RECEIVED                          06-16-2006
971 COLL DUE PROCESS EQVLNT HEARING RSLVED BY
    APPEALS DECISION LTR ISSUED BY TXPYR WITHDRW
    HEARING RQST                              12-15-2006
582 FEDERAL TAX LIEN                          01-08-2007               72.00
360 FEES AND COLLECTION COSTS                 02-05-2007
520 LEGAL/BANKRUPTCY SUIT      PENDING        02-23-2007
582 FEDERAL TAX LIEN                          03-19-2007               96.00
360 FEES AND COLLECTION COSTS                 03-26-2007               96.00
360 FEES AND COLLECTION COSTS
```