```
PAGE NO-0001                                          IRS EMPLOYEE 2516621799
DATE REQUESTED 07-02-2007                             PRINT DATE 07-03-2007
FORM NUMBER: 1040A                                    TAX PERIOD: DEC  1994

              TAXPAYER IDENTIFICATION NUMBER:  [REDACTED]
    JOSEPH A BUAIZ

                                          -        BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:         12,448.32
     ACCRUED INTEREST:         3,547.34    AS OF 07-16-2007
     ACCRUED PENALTY:              0.00    AS OF 07-16-2007

     ACCOUNT BALANCE
        PLUS ACCRUALS:         15,995.66


** EXEMPTIONS: 01
** ADJUSTED GROSS INCOME:                **FILING STATUS: SINGLE
** TAXABLE INCOME:             42,214.00
   TAX PER RETURN:             35,964.00
                                   0.00

** PER RETURN OR AS ADJUSTED

06-27-1996 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
08-12-1996 PROCESSING DATE

                              TRANSACTIONS
                                                              MONEY AMOUNT
CODE            EXPLANATION                    DATE           (IF APPLICABLE)
 150 NO RETURN FILED SUBSTITUTE FOR RETURN   08-12-1996                0.00
     49210-195-25602-6
 170 ESTIMATED TAX PENALTY                   03-24-1997              228.00
     19971108
 160 LATE FILING PENALTY                     03-24-1997            1,048.28
     19971108
 806 WITHHOLDING CREDIT                      04-15-1995            2,457.00-
 300 ADDITIONAL TAX ASSESSED BY EXAMINATION  03-24-1997            7,116.00
     49247-464-00001-7  19971108
 336 INTEREST ASSESSED                       03-24-1997            1,107.91
     19971108
 582 FEDERAL TAX LIEN                        07-28-1997
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  02-01-1999
     LEVY NOTICE ISSUED
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  03-01-1999
     COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  08-23-2001
     LEVY NOTICE ISSUED
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  10-18-2001
     UNDELVERABLE LEVY NOTICE
 161 LATE FILING PENALTY ABATED              03-24-1997              116.72-
*******************************CONTINUED ON NEXT PAGE*******************************
```

GOVERNMENT EXHIBIT 15

```
PAGE NO-0002
                                                        IRS EMPLOYEE 2516621799
163 LATE FILING PENALTY                      03-24-1997              116.72
270 FAILURE TO PAY TAX PENALTY               05-26-2003            1,165.00
    20032008
290 ADDITIONAL TAX ASSESSED                  05-26-2003                0.00
    29254-522-05242-3   20032008
196 INTEREST ASSESSED                        05-26-2003            4,240.13
    20032008
290 CLAIM DISALLOWED                         02-07-2005                0.00
    83254-405-98004-5
520 LEGAL/BANKRUPTCY SUIT     PENDING        10-19-2005
290 CLAIM DISALLOWED                         02-06-2006                0.00
    83254-411-98018-6
521 LEGAL/BANKRUPTCY SUIT NO LONGER PENDING  10-19-2005
971 COLLECTION DUE PROCESS EQUIVALENT HEARING 10-19-2005
    REQUEST RECEIVED
971 COLL DUE PROCESS EQVLNT HEARING RSLVED BY 06-16-2006
    APPEALS DECISION LTR ISSUED BY TXPYR WITHDRW
    HEARING RQST
582 FEDERAL TAX LIEN                         12-15-2006
520 LEGAL/BANKRUPTCY SUIT     PENDING        02-05-2007
582 FEDERAL TAX LIEN                         02-23-2007
290 ADDITIONAL TAX ASSESSED                  07-09-2007                0.00
    49254-572-06712-7   20072608
```