```
PAGE NO-0001                                          IRS EMPLOYEE 2516621799
DATE REQUESTED 07-02-2007                             PRINT DATE 07-03-2007
FORM NUMBER: CIVIL PN                                 TAX PERIOD: DEC  1989

           TAXPAYER IDENTIFICATION NUMBER:  ███████████

   JOSEPH A BUAIZ
   1795 ROCKY SPRINGS RD
   BEAN STATION           TN 37708-6617-951        BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

   ACCOUNT BALANCE:         1,024.00
   ACCRUED INTEREST:          154.54    AS OF 07-16-2007
   ACCRUED PENALTY:             0.00    AS OF 07-16-2007

   ACCOUNT BALANCE
      PLUS ACCRUALS:        1,178.54

   RETURN NOT PRESENT FOR THIS ACCOUNT

                          TRANSACTIONS
                                                            MONEY AMOUNT
CODE          EXPLANATION                    DATE          (IF APPLICABLE)
 240  MISCELLANEOUS PENALTY                02-07-2005             500.00
      83254-765-52010-4   20050408
      IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
      TAX RETURN
 290  ADDITIONAL TAX ASSESSED              02-07-2005               0.00
      83254-765-52010-4   20050408
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  10-04-2005
      LEVY NOTICE ISSUED
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  10-11-2005
      RETURN RECEIPT SIGNED
 520  LEGAL/BANKRUPTCY SUIT      PENDING   10-19-2005
 240  MISCELLANEOUS PENALTY                02-06-2006             500.00
      29254-411-53002-6   20060408
      IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
      TAX RETURN
 290  ADDITIONAL TAX ASSESSED              02-06-2006               0.00
      29254-411-53002-6   20060408
 521  LEGAL/BANKRUPTCY SUIT NO LONGER PENDING       07-16-2006
 971  COLL DUE PROC HRNG RSLVD BY APPEALS-          09-12-2006
      DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW
      OR WTHDRW HRNG RQST
 582  FEDERAL TAX LIEN                     10-20-2006
 360  FEES AND COLLECTION COSTS            11-13-2006              24.00
 582  FEDERAL TAX LIEN                     12-15-2006
 520  LEGAL/BANKRUPTCY SUIT      PENDING   02-05-2007
```

GOVERNMENT EXHIBIT 16