PAGE NO-0001                                    IRS EMPLOYEE 2516621799

DATE REQUESTED 07-02-2007                       PRINT DATE 07-03-2007

FORM NUMBER: CIVIL PN                           TAX PERIOD: DEC  1990

                TAXPAYER IDENTIFICATION NUMBER:

    JOSEPH A BUAIZ
    1795 ROCKY SPRINGS RD
    BEAN STATION          TN 37708-6617-951          BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

    ACCOUNT BALANCE:            1,000.00
    ACCRUED INTEREST:             153.22    AS OF 07-16-2007
    ACCRUED PENALTY:                0.00    AS OF 07-16-2007

    ACCOUNT BALANCE
      PLUS ACCRUALS:            1,153.22


    RETURN NOT PRESENT FOR THIS ACCOUNT

                        TRANSACTIONS

                                                            MONEY AMOUNT
CODE            EXPLANATION                    DATE        (IF APPLICABLE)
240  MISCELLANEOUS PENALTY                   02-07-2005         500.00
     83254-405-52000-5  20050408
     IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
     TAX RETURN
290  ADDITIONAL TAX ASSESSED                 02-07-2005           0.00
     83254-405-52000-5  20050408
971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  10-04-2005
     LEVY NOTICE ISSUED
971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  10-11-2005
     RETURN RECEIPT SIGNED
520  LEGAL/BANKRUPTCY SUIT    PENDING         10-19-2005
240  MISCELLANEOUS PENALTY                   02-06-2006         500.00
     29254-411-53003-6  20060408
     IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
     TAX RETURN
290  ADDITIONAL TAX ASSESSED                 02-06-2006           0.00
     29254-411-53003-6  20060408
521  LEGAL/BANKRUPTCY SUIT NO LONGER PENDING  07-16-2006
971  COLL DUE PROC HRNG RSLVD BY APPEALS-     09-12-2006
     DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW
     OR WTHDRW HRNG RQST
582  FEDERAL TAX LIEN                        10-20-2006
582  FEDERAL TAX LIEN                        12-15-2006
520  LEGAL/BANKRUPTCY SUIT    PENDING         02-05-2007



GOVERNMENT
EXHIBIT

17