```
PAGE NO-0001                                      IRS EMPLOYEE 2516621799
DATE REQUESTED 07-02-2007                         PRINT DATE 07-03-2007
FORM NUMBER: CIVIL PN                             TAX PERIOD: DEC  1991
             TAXPAYER IDENTIFICATION NUMBER:▓▓▓▓▓▓▓▓

    JOSEPH A BUAIZ
    1795 ROCKY SPRINGS RD
    BEAN STATION         TN 37708-6617-951     BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

    ACCOUNT BALANCE:          1,000.00
    ACCRUED INTEREST:           153.22   AS OF 07-16-2007
    ACCRUED PENALTY:              0.00   AS OF 07-16-2007

    ACCOUNT BALANCE
        PLUS ACCRUALS:        1,153.22


    RETURN NOT PRESENT FOR THIS ACCOUNT
                        TRANSACTIONS
                                                           MONEY AMOUNT
CODE           EXPLANATION                   DATE          (IF APPLICABLE)
 240  MISCELLANEOUS PENALTY                  02-07-2005          500.00
      83254-405-52001-5   20050408
      IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
      TAX RETURN
 290  ADDITIONAL TAX ASSESSED                02-07-2005            0.00
      83254-405-52001-5   20050408
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 10-04-2005
      LEVY NOTICE ISSUED
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 10-11-2005
      RETURN RECEIPT SIGNED
 520  LEGAL/BANKRUPTCY SUIT      PENDING     10-19-2005
 240  MISCELLANEOUS PENALTY                  02-06-2006          500.00
      29254-411-53004-6   20060408
      IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
      TAX RETURN
 290  ADDITIONAL TAX ASSESSED                02-06-2006            0.00
      29254-411-53004-6   20060408
 521  LEGAL/BANKRUPTCY SUIT NO LONGER PENDING 07-16-2006
 971  COLL DUE PROC HRNG RSLVD BY APPEALS-   09-12-2006
      DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW
      OR WTHDRW HRNG RQST
 582  FEDERAL TAX LIEN                       10-20-2006
 582  FEDERAL TAX LIEN                       12-15-2006
 520  LEGAL/BANKRUPTCY SUIT      PENDING     02-05-2007
```

GOVERNMENT EXHIBIT 1B