```
PAGE NO-0001                              IRS EMPLOYEE 2516621799
DATE REQUESTED 07-02-2007                 PRINT DATE 07-03-2007
FORM NUMBER: CIVIL PN                     TAX PERIOD: DEC  1992

          TAXPAYER IDENTIFICATION NUMBER: ████████

   JOSEPH A BUAIZ
   1795 ROCKY SPRINGS RD
   BEAN STATION          TN 37708-6617-951     BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

   ACCOUNT BALANCE:          1,000.00
   ACCRUED INTEREST:           153.22   AS OF 07-16-2007
   ACCRUED PENALTY:              0.00   AS OF 07-16-2007

   ACCOUNT BALANCE
      PLUS ACCRUALS:         1,153.22


   RETURN NOT PRESENT FOR THIS ACCOUNT

                         TRANSACTIONS
                                                          MONEY AMOUNT
                                              DATE        (IF APPLICABLE)
CODE        EXPLANATION
 240  MISCELLANEOUS PENALTY                 02-07-2005       500.00
      83254-405-52002-5   20050408
      IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
      TAX RETURN                            02-07-2005         0.00
 290  ADDITIONAL TAX ASSESSED
      83254-405-52002-5   20050408
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE   10-04-2005
      LEVY NOTICE ISSUED
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE   10-11-2005
      RETURN RECEIPT SIGNED
                                            10-19-2005
 520  LEGAL/BANKRUPTCY SUIT     PENDING     02-06-2006       *500.00
 240  MISCELLANEOUS PENALTY
      29254-411-53005-6   20060408
      IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
      TAX RETURN                            02-06-2006         0.00
 290  ADDITIONAL TAX ASSESSED
      29254-411-53005-6   20060408
 521  LEGAL/BANKRUPTCY SUIT NO LONGER PENDING        07-16-2006
 971  COLL DUE PROC HRNG RSLVD BY APPEALS-           09-12-2006
      DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW
      OR WTHDRW HRNG RQST
                                            10-20-2006
 582  FEDERAL TAX LIEN                      12-15-2006
 582  FEDERAL TAX LIEN                      02-05-2007
 520  LEGAL/BANKRUPTCY SUIT     PENDING
```


GOVERNMENT EXHIBIT 19