```
PAGE NO-0001                                       IRS EMPLOYEE 2516621799
DATE REQUESTED 07-02-2007                          PRINT DATE 07-03-2007
                                                   TAX PERIOD: DEC 1993
FORM NUMBER: CIVIL PN
                     TAXPAYER IDENTIFICATION NUMBER: [REDACTED]

    JOSEPH A BUAIZ
    1795 ROCKY SPRINGS RD                          BODC-WI BODCLC-
    BEAN STATION            TN 37708-6617-951

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

    ACCOUNT BALANCE:            1,000.00
    ACCRUED INTEREST:             153.22    AS OF 07-16-2007
    ACCRUED PENALTY:                0.00    AS OF 07-16-2007

    ACCOUNT BALANCE
        PLUS ACCRUALS:          1,153.22


        RETURN NOT PRESENT FOR THIS ACCOUNT

                             TRANSACTIONS
                                                              MONEY AMOUNT
                                                 DATE        (IF APPLICABLE)
CODE          EXPLANATION                      02-07-2005         500.00
 240  MISCELLANEOUS PENALTY
      83254-405-52003-5   20050408
      IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
      TAX RETURN                               02-07-2005           0.00
 290  ADDITIONAL TAX ASSESSED
      83254-405-52003-5   20050408
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  10-04-2005
      LEVY NOTICE ISSUED
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  10-11-2005
      RETURN RECEIPT SIGNED
                                                    10-19-2005
 520  LEGAL/BANKRUPTCY SUIT     PENDING             02-06-2006      500.00
 240  MISCELLANEOUS PENALTY
      29254-411-53006-6   20060408
      IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
      TAX RETURN                               02-06-2006           0.00
 290  ADDITIONAL TAX ASSESSED
      29254-411-53006-6   20060408
 521  LEGAL/BANKRUPTCY SUIT NO LONGER PENDING  07-16-2006
 971  COLL DUE PROC HRNG RSLVD BY APPEALS-     09-12-2006
      DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW
      OR WTHDRW HRNG RQST
                                               10-20-2006
 582  FEDERAL TAX LIEN                         12-15-2006
 582  FEDERAL TAX LIEN                         02-05-2007
 520  LEGAL/BANKRUPTCY SUIT     PENDING
```

GOVERNMENT EXHIBIT 20