```
PAGE NO-0001                                       IRS EMPLOYEE 2516621799

DATE REQUESTED 07-02-2007                          PRINT DATE 07-03-2007

FORM NUMBER: CIVIL PN                              TAX PERIOD: DEC 1994

              TAXPAYER IDENTIFICATION NUMBER: [REDACTED]

   JOSEPH A BUAIZ
   1795 ROCKY SPRINGS RD
   BEAN STATION            TN 37708-6617-951         BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:           1,000.00
     ACCRUED INTEREST:            153.22    AS OF 07-16-2007
     ACCRUED PENALTY:               0.00    AS OF 07-16-2007

     ACCOUNT BALANCE
        PLUS ACCRUALS:          1,153.22


     RETURN NOT PRESENT FOR THIS ACCOUNT

                             TRANSACTIONS
                                                              MONEY AMOUNT
CODE            EXPLANATION                  DATE            (IF APPLICABLE)
 240 MISCELLANEOUS PENALTY                02-07-2005              500.00
     83254-405-52004-5  20050408
     IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
     TAX RETURN
 290 ADDITIONAL TAX ASSESSED              02-07-2005                0.00
     83254-405-52004-5  20050408
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 10-04-2005
     LEVY NOTICE ISSUED
 971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE 10-11-2005
     RETURN RECEIPT SIGNED
 520 LEGAL/BANKRUPTCY SUIT     PENDING    10-19-2005
 240 MISCELLANEOUS PENALTY                02-06-2006              500.00
     29254-411-53007-6  20060408
     IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME
     TAX RETURN
 290 ADDITIONAL TAX ASSESSED              02-06-2006                0.00
     29254-411-53007-6  20060408
 521 LEGAL/BANKRUPTCY SUIT NO LONGER PENDING      07-16-2006
 971 COLL DUE PROC HRNG RSLVD BY APPEALS- 09-12-2006
     DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW
     OR WTHDRW HRNG RQST
 582 FEDERAL TAX LIEN                     10-20-2006
 582 FEDERAL TAX LIEN                     12-15-2006
 520 LEGAL/BANKRUPTCY SUIT     PENDING    02-05-2007
```

GOVERNMENT EXHIBIT 21