# Form 1041 — U.S. Fiduciary Income Tax Return (1991)

Department of the Treasury—Internal Revenue Service
For the calendar year 1991 or fiscal year beginning _____, 1991, and ending _____, 19__
OMB No. 1545-0092

**A Type of Entity:**
- [ ] Decedent's estate
- [ ] Simple trust
- [ ] Complex trust
- [x] Grantor type trust
- [ ] Bankruptcy estate
- [ ] Family estate trust
- [ ] Pooled income fund

**Name of estate or trust:** JOSEPH A. BUAIZ JR.
**Name and title of fiduciary:** Joseph Anthony Buaiz Jr. - Trustee
**Number, street, and room or suite no.:** C/O RR 1 BOX 6010   90-6029631
**City, state, and ZIP code:** Bean Station, Tennessee 37708

**C Employer identification number:** [redacted]
**D Date entity created:** [redacted]
**E** Nonexempt charitable and split-interest trusts, check applicable boxes:
- [ ] Described in section 4947(a)(1)
- [ ] Not a private foundation
- [ ] Described in section 4947(a)(2)

**B Number of Schedules K-1 attached:** ___
**Check applicable boxes:** [ ] Initial return  [ ] Final return  [ ] Amended return  [ ] Change in Fiduciary's  [ ] Name or  [ ] Address

### Income

| Line | Description | Amount |
|---|---|---|
| 1 | Interest income | |
| 2 | Dividends | |
| 3 | Business income or (loss) (attach Schedule C (Form 1040)) | |
| 4 | Capital gain or (loss) (attach Schedule D (Form 1041)) | 34,476.00 |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. (attach Schedule E (Form 1040)) | |
| 6 | Farm income or (loss) (attach Schedule F (Form 1040)) | |
| 7 | Ordinary gain or (loss) (attach Form 4797) | |
| 8 | Other income (state nature of income) | |
| 9 | Total income (combine lines 1 through 8) | 34,476.00 |

### Deductions

| Line | Description | Amount |
|---|---|---|
| 10 | Interest | |
| 11 | Taxes | |
| 12 | Fiduciary fees | 34,476.00 |
| 13 | Charitable deduction (from Schedule A, line 6) | |
| 14 | Attorney, accountant, and return preparer fees | |
| 15a | Other deductions NOT subject to the 2% floor (attach schedule) | |
| 15b | Allowable miscellaneous itemized deductions subject to the 2% floor | |
| 15c | Add lines 15a and 15b | |
| 16 | Total (add lines 10 through 14, and 15c) | 34,476.00 |
| 17 | Adjusted total income or (loss) (subtract line 16 from line 9). Enter here and on Schedule B, line 1 | 0.00 |
| 18 | Income distribution deduction (from Schedule B, line 17) (see instructions) (attach Schedules K-1 (Form 1041)) | |
| 19 | Estate tax deduction (including certain generation-skipping transfer taxes) (attach computation) | |
| 20 | Exemption | |
| 21 | Total deductions (add lines 18 through 20) | 0.00 |
| 22 | Taxable income of fiduciary (subtract line 21 from line 17) | 0.00 |
| 23 | Total tax (from Schedule G, line 7) | 0.00 |
| 24a | Payments: a 1991 estimated tax payments and amount applied from 1990 return | |
| 24b | Treated as credited to beneficiaries (from Form 1041-T) | |
| 24c | Subtract line 24b from line 24a | |
| 24d | Tax paid with extension of time to file: [ ] Form 2758  [ ] Form 8736  [ ] Form 8800 | |
| 24e | Federal income tax withheld | 1,996.00 |
| 24i | Credits: f Form 2439 ___ g Form 4136 ___ h Other ___ Total | 1,996.00 |
| 25 | Total payments (add lines 24c through 24e, and 24i) | 1,996.00 |
| 26 | Penalty for underpayment of estimated tax (see instructions) | |
| 27 | If the total of lines 23 and 26 is larger than line 25, enter TAX DUE | |
| 28 | If line 25 is larger than the total of lines 23 and 26, enter OVERPAYMENT | 1,996.00 |
| 29 | Amount of line 28 to be: a Credited to 1992 estimated tax ▶ ___ b Refunded ▶ | 1,996.00 |

### Please Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than fiduciary) is based on all information of which preparer has any knowledge.

28 USC 1746(1) WITHOUT PREJUDICE
Signature: Joseph Anthony Buaiz Jr. Trustee    Date: July 4, 03

### Paid Preparer's Use Only

CONSIDERED IN EXAMINATION

Preparer's signature: ___  Date: 1/3/25
Firm's name: ___
Check if self-employed: [ ]
E.I. No.: ___
ZIP code: ___

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.    Form 1041 (1991)

Stamps and markings: FRP 303; RECEIVED OCT 23 2003; RECEIVED JUL 08 2003 MEMPHIS, TENN; Cleared by STATUTE-MSC JUL 16 2003; Precious Penalty Assessed SEP 05 2003; REC'D IN SECONDARY SORT JUL 29 2003; GOVERNMENT EXHIBIT 25; PENGAD 800-631-6989; USA 00025; 9112

Form 1041 (1991)          Page **2**

### Schedule A — Charitable Deduction—Do not complete for a simple trust or a pooled income fund.

| | | |
|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from current year's gross income | 1 |
| 2 | Tax-exempt interest allocable to charitable distribution (see instructions) | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Enter the net short-term capital gain and the net long-term capital gain of the current tax year allocable to corpus paid or permanently set aside for charitable purposes (see instructions) | 4 |
| 5 | Amounts paid or permanently set aside for charitable purposes from gross income of a prior year (see instructions) | 5 |
| 6 | Total (add lines 3 through 5). Enter here and on page 1, line 13 | 6 |

### Schedule B — Income Distribution Deduction (see instructions)

| | | |
|---|---|---|
| 1 | Adjusted total income (from page 1, line 17) (see instructions) | 1 |
| 2 | Adjusted tax-exempt interest (see instructions) | 2 |
| 3 | Net gain shown on Schedule D (Form 1041), line 17, column (a). (If net loss, enter zero.) | 3 |
| 4 | Enter amount from Schedule A, line 4 | 4 |
| 5 | Long-term capital gain included on Schedule A, line 1 | 5 |
| 6 | Short-term capital gain included on Schedule A, line 1 | 6 |
| 7 | If the amount on page 1, line 4, is a capital loss, enter here as a positive figure | 7 |
| 8 | If the amount on page 1, line 4, is a capital gain, enter here as a negative figure | 8 |
| 9 | Distributable net income (combine lines 1 through 8) | 9 |
| 10 | Amount of income for the tax year determined under the governing instrument (accounting income) | 10 |
| 11 | Amount of income required to be distributed currently (see instructions) | 11 |
| 12 | Other amounts paid, credited, or otherwise required to be distributed (see instructions) | 12 |
| 13 | Total distributions (add lines 11 and 12). (If greater than line 10, see instructions.) | 13 |
| 14 | Enter the amount of tax-exempt income included on line 13 | 14 |
| 15 | Tentative income distribution deduction (subtract line 14 from line 13) | 15 |
| 16 | Tentative income distribution deduction (subtract line 2 from line 9) | 16 |
| 17 | Income distribution deduction. Enter the smaller of line 15 or line 16 here and on page 1, line 18 | 17 |

### Schedule G — Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Tax: a ☐ Tax rate schedule or ☒ Schedule D ——0——; b Other taxes ——0—— Total ▶ | 1c | —0— 00 |
| 2a | Foreign tax credit (attach Form 1116) | 2a | |
| b | Credit for fuel produced from a nonconventional source | 2b | |
| c | General business credit. Check if from: ☐ Form 3800 or ☐ Form (specify) ▶ | 2c | |
| d | Credit for prior year minimum tax (attach Form 8801) | 2d | |
| 3 | Total credits (add lines 2a through 2d) ▶ | 3 | —0— 00 |
| 4 | Subtract line 3 from line 1c | 4 | —0— 00 |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | 5 | |
| 6 | Alternative minimum tax (attach Form 8656) | 6 | |
| 7 | Total tax (add lines 4 through 6). Enter here and on page 1, line 23 ▶ | 7 | —0— 00 |

### Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? (If "Yes," attach a computation of the allocation of expenses.) Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ _____ | | X |
| 2 | Did the estate or trust have any passive activity losses? (If "Yes," enter these losses on Form 8582, Passive Activity Loss Limitations, to figure the allowable loss.) | | X |
| 3 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 4 | At any time during the tax year, did the estate or trust have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See the instructions for exceptions and filing requirements for Form TD F 90-22.1.) If "Yes," enter the name of the foreign country ▶ _____ | | X |
| 5 | Was the estate or trust the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the estate or trust has any beneficial interest in it? (If "Yes," you may have to file Form 3520, 3520-A, or 926.) | | X |
| 6 | Check this box if this entity has filed or is required to file Form 8264, Application for Registration of a Tax Shelter ▶ ☐ |
| 7 | Check this box if this entity is a complex trust making the section 663(b) election ▶ ☐ |
| 8 | Check this box to make a section 643(e)(3) election (attach Schedule D (Form 1041)) ▶ ☐ |
| 9 | Check this box if the decedent's estate has been open for more than 2 years ▶ ☐ |
| 10 | Check this box if the trust is a participant in a Common Trust Fund that was required to adopt a calendar year ▶ ☐ |

USA 00026

**SCHEDULE D**
**(Form 1041)**
Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses**

▶ Attach to Form 1041 (or Form 5227). See the separate instructions for Form 1041 (or Form 5227).

OMB No. 1545-0092

2002 / 1991

Name of estate or trust: JOSEPH A. BUAIZ JR.

Employer identification number: [redacted]

Note: *Form 5227 filers need to complete only Parts I and II.*

### Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see page 31) | (f) Gain or (Loss) (col. (d) less col. (e)) | |
|---|---|---|---|---|---|---|
| 1  CASH | 1991 | 1991 | N/A | N/A | 34,476  00 | |

| | | |
|---|---|---|
| 2  Short-term capital gain or (loss) from Forms 4684, 6252, 6781, and 8824 | 2 | |
| 3  Net short-term gain or (loss) from partnerships, S corporations, and other estates or trusts | 3 | |
| 4  Short-term capital loss carryover. Enter the amount, if any, from line 9 of the 2001 Capital Loss Carryover Worksheet | 4  ( | ) |
| 5  Net short-term gain or (loss). Combine lines 1 through 4 in column (f). Enter here and on line 14 below. ▶ | 5  34,476  00 | |

### Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see page 31) | (f) Gain or (Loss) (col. (d) less col. (e)) | (g) 28% Rate Gain or (Loss) *(see instr. below) |
|---|---|---|---|---|---|---|
| 6 | | | | | | |

| | | | |
|---|---|---|---|
| 7  Long-term capital gain or (loss) from Forms 2439, 4684, 6252, 6781, and 8824 | 7 | | |
| 8  Net long-term gain or (loss) from partnerships, S corporations, and other estates or trusts | 8 | | |
| 9  Capital gain distributions | 9 | | |
| 10  Gain from Form 4797, Part I | 10 | | |
| 11  Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 14, of the 2001 Capital Loss Carryover Worksheet | 11 ( | )( | ) |
| 12  Combine lines 6 through 11 in column (g) | 12 | | |
| 13  Net long-term gain or (loss). Combine lines 6 through 11 in column (f). Enter here and on line 15 below. ▶ | 13  —0  00 | | |

*28% rate gain or loss includes all "collectibles gains and losses" (as defined on page 31 of the instructions) and up to 50% of the eligible gain on qualified small business stock (see page 30 of the instructions).

### Part III — Summary of Parts I and II

| | | (1) Beneficiaries' (see page 32) | (2) Estate's or trust's | (3) Total |
|---|---|---|---|---|
| 14  Net short-term gain or (loss) (from line 5 above) | 14 | —0  00 | 34,476  00 | 34,476  00 |
| 15  Net long-term gain or (loss): | | | | |
| a  Total for year (from line 13 above) | 15a | —0  00 | —0  00 | —0  00 |
| b  28% rate gain or (loss) (from line 12 above) | 15b | —0  00 | —0  00 | —0  00 |
| c  Qualified 5-year gain | 15c | —0  00 | —0  00 | —0  00 |
| d  Unrecaptured section 1250 gain (see line 17 of the worksheet on page 33) | 15d | —0  00 | —0  00 | —0  00 |
| 16  Total net gain or (loss). Combine lines 14 and 15a ▶ | 16 | —0  00 | 34,476 | 34,476  00 |

Note: *If line 16, column (3), is a net gain, enter the gain on Form 1041, line 4. If lines 15a and 16, column (2), are net gains, go to Part V, and do not complete Part IV. If line 16, column (3), is a net loss, complete Part IV and the Capital Loss Carryover Worksheet, as necessary.*

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.   Cat. No. 11376V   Schedule D (Form 1041) 2002

USA 00027

Schedule D (Form 1041) 2002      Page **2**

### Part IV — Capital Loss Limitation

**17** Enter here and enter as a (loss) on Form 1041, line 4, the **smaller** of:
   **a** The loss on line 16, column (3) or
   **b** $3,000     **17 (  )**

If the loss on line 16, column (3), is more than $3,000, or if Form 1041, page 1, line 22, is a loss, complete the **Capital Loss Carryover Worksheet** on page 34 of the instructions to determine your capital loss carryover.

### Part V — Tax Computation Using Maximum Capital Gains Rates (Complete this part only if both lines 15a and 16 in column (2) are gains, and Form 1041, line 22 is more than zero.)

**Note:** *If line 15b, column (2) or line 15d, column (2) is more than zero, complete the worksheet on page 35 of the instructions to figure the amount to enter on lines 20 and 38 below and skip all other lines below. Otherwise, go to line 18.*

**18** Enter taxable income from Form 1041, line 22 . . . . . **18**
**19** Enter the **smaller** of line 15a or 16 in column (2)   **19**
**20** If the estate or trust is filing Form 4952, enter the amount from line 4e; otherwise, enter -0- ▶ **20**
**21** Subtract line 20 from line 19. If zero or less, enter -0- . . . . **21**
**22** Subtract line 21 from line 18. If zero or less, enter -0- . . . **22**
**23** Figure the tax on the amount on line 22. Use the 2002 Tax Rate Schedule on page 21 of the instructions . . . . . **23**
**24** Enter the **smaller** of the amount on line 18 or $1,850 . . . . . **24**

If line 24 is greater than line 22, go to line 25. Otherwise, skip lines 25 through 31 and go to line 32.

**25** Enter the amount from line 22 . . . . . **25**
**26** Subtract line 25 from line 24. If zero or less, enter -0- and go to line 32   **26**
**27** Enter the estate's or trust's allocable portion of qualified 5-year gain, if any, from line 15c, column (2) . . . **27**
**28** Enter the **smaller** of line 26 or line 27 . . . . . **28**
**29** Multiply line 28 by 8% (.08) . . . . . **29**
**30** Subtract line 28 from line 26 . . . . . **30**
**31** Multiply line 30 by 10% (.10) . . . . . **31**

If the amounts on lines 21 and 26 are the same, skip lines 32 through 35 and go to line 36.

**32** Enter the **smaller** of line 18 or line 21 . . . . . **32**
**33** Enter the amount, if any, from line 26 . . . . . **33**
**34** Subtract line 33 from line 32 . . . . . **34**
**35** Multiply line 34 by 20% (.20) . . . . . **35**

**36** Add lines 23, 29, 31, and 35 . . . . . **36**
**37** Figure the tax on the amount on line 18. Use the 2002 Tax Rate Schedule on page 21 of the instructions . . . . **37**
**38** **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 36 or line 37 here and on line 1a of Schedule G, Form 1041 . . . . . **38**

*U.S. Government Printing Office: 2002 — 490-254*     Printed on recycled paper     Schedule D (Form 1041) 2002

USA 00028



Internal Revenue Service  
Department of the Treasury  
1973 North Rulon White Blvd.  
Ogden, UT  84201

Mail Stop:  4612  
Person to Contact:  
Mr. Parizek  
Employee Number: 29-61699  
Telephone Number:  
1-866-899-9083

Date: 5/7/2004

Hours: 7:00 a.m. to 7:00 p.m.  
Mountain Time  
Monday - Friday  
**Taxpayer Identification Number:**  
~~~~~~~~~~~~~~

JOSEPH A BUAIZ   JR  
RT 1 BOX 6010  
BEAN STATION TN   37708

Tax Year(s) Ending:  
1991  
Form: 1041

Dear JOSEPH A BUAIZ   JR:

We have determined that the document(s) referred to above is a frivolous document. The position you have taken has no basis in law and represents a frivolous position. The tax laws are very clear and have been tested in the courts - including the Supreme Court of the United States. Claims, such as yours, have been considered and rejected repeatedly as frivolous and without merit by the federal courts. Therefore, we will not respond to future correspondence from you concerning these same issues.

We encourage you to seek advice from competent tax counsel or an attorney qualified to practice in your state to assist in answering your tax questions.

This is to inform you of the potential consequences of the position you have taken and to offer you an opportunity to correct your position within 30 days from the date of this letter and avoid the assertion of a penalty. Internal Revenue Code Section 6702 provides for a penalty of $500.00 for each frivolous return or document filed.

If we receive the attached properly signed Form 2297 and Form 3363 from you within 30 days from the date of this letter, we will disregard the previous document filed and not assess the frivolous return penalty. If you do not respond within 30 days, or if you file another document taking the same or any other frivolous position, we will assess the frivolous return penalty on each frivolous document filed. Once the frivolous return penalty is assessed, you will receive a bill for $500.00 for each frivolous document filed. You will be required to pay the full $500.00 penalty prior to any reconsideration.

Letter PRE-1040X (OSC) (Rev. 02-99)}}

USA 00029

It will help us identify your case if you attach this letter to your response and mail it to the address shown above. The copy is for your records.

Sincerely,

*[signature]*

Operations Manager
Exam SC Support

Enclosures:
Notice 609
Publication 2105
Forms 2297 and 3363
Copy of this letter
Envelope

Letter PRE-1040X (OSC) (Rev. 02-99)}}

USA 00030

Form 2297
(Rev. March 1982)

Department of the Treasury-Internal Revenue Service

## Waiver of Statutory Notification Of Claim Disallowance

I, JOSEPH A BUAIZ JR, _____ of RT 1 BOX 6010, BEAN STATION, TN 37708
(Name, SSN or EIN)                                    (Number, Street, City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532(a)(1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

### Claims

| (a) Taxable Period Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| December 31, 1991 | INCOME TAX | 1996 | 1996 |
| December 31, | INCOME TAX | | |
| December 31, | INCOME TAX | | |

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature _____ (Date signed)

Spouses Signature
If a Joint Return
Was Filed _____ (Date signed)

Taxpayer's
Representative
Sign Here _____ (Date signed)

Partnership/
Corporate
Name _____

Partners/
Corporate
Officers
Sign Here _____ (Title) _____ (Date signed)

_____ (Title) _____ (Date signed)

NOTE – Filling this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Catalog Number 18287T                www.irs.ustreas.gov                Form 2297 (rev. 3-82)

USA 00031

| Form 3363 (Rev. November 1983) | Department of the Treasury - Internal Revenue Service<br>**Acceptance of Proposed Disallowance of Claim for Refund or Credit** |
|---|---|

Name(s),SSN or EIN, and address of taxpayer(s)(Number, Street, City or Town, State, ZIP Code)

JOSEPH A BUAIZ JR
RT 1 BOX 6010
BEAN STATION, TN 37708

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| 1991 | 7/8/2003 | Income | 1996 | 1996 | 0.00 |
|  |  | Income |  |  | 0.00 |
|  |  | Income |  |  | 0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my rights to file suit on the disallowance.

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature _____Trustee_____ (Date signed)

Spouses Signature If a Joint Return Was Filed _____ (Date signed)

Taxpayer's Representative Sign Here _____ (Date signed)

Partnership/ Corporate Name _____

Partners/ Corporate Officers Sign Here _____

_____Title_____ (Date signed)

Partners/ Corporate Officers Sign Here _____

_____Title_____ (Date signed)

Form **3363** (Rev. 11-83)