UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-CV-1312 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**Order Granting Summary Judgment Against Plaintiff on Counterclaims**

The Court, having considered the United States' motion for summary judgment on its counterclaims against plaintiff Joseph A. Buaiz Jr., and any opposition, holds that the undisputed material facts show that Buaiz is liable for 1993 and 1994 income taxes as well as civil penalties for 1989 through 1994 based on his filing of frivolous income tax returns.

Therefore, it is on this _____ day of August, 2007:

ORDERED that the United States' motion is GRANTED.

ORDERED that summary judgment is entered for the United States and against Buaiz on all three counts of the counterclaim.

ORDERED that the United States shall recover from Buaiz the following:

- on the first count of the counterclaim, $15,375.68 as of July 16, 2007, plus interest and statutory additions that will continue to accrue by law to the date of payment;

- on the second count of the counterclaim, $15,995.66 as of July 16, 2007, plus interest and statutory additions that will continue to accrue by law to the date of payment;

- on the third count of the counterclaim, $6,944.64 as of July 16, 2007, plus interest and statutory additions that will continue to accrue by law to the date of payment.

ORDERED that the clerk shall distribute copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John J. LoCurto
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C.  20044

Joseph A. Buaiz Jr., Pro Se
1783 Rocky Springs Road
Bean Station, TN 37708