UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:06-CV-1312 (RMC) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**United States' Response to Buaiz's Request for a Discovery Conference**

The Court should deny plaintiff Joseph A. Buaiz Jr.'s request for a discovery conference. The United States has responded to all of Buaiz's discovery requests in a timely manner; has revisited several responses in a gesture of good faith to address Buaiz's objections; and has produced discoverable information and documents to Buaiz. Should more relevant information become available, the United States will supplement its discovery responses in accordance with applicable rules.

In contrast, it is Buaiz who has failed to comply with and continues to disregard his discovery obligation to appear in this district for his deposition. Despite this Court's order dated October 17, 2007, along with written and telephonic requests from the United States, Buaiz has still not provided dates on which he could appear in the District of Columbia to be examined. Even so, the United States remains committed to working with Buaiz to schedule a convenient date and time for his deposition.

Under these circumstances, the United States submits that a discovery conference is unnecessary. Should the Court desire a conference call, or authorize discovery

motion practice, the United States will file a point-by-point memorandum rebutting Buaiz's discovery complaints and may seek a protective order to preclude Buaiz from pursuing irrelevant and personnel information.

    Finally, the United States notes that the Court extended the discovery cutoff in this case 60 days for the purpose of scheduling Buaiz's deposition, but left all other deadlines in place, including the November 14, 2007, dispositive motion deadline. Because Buaiz is the central witness in this case, dispositive motions will not be practicable unless and until his deposition has occurred. Accordingly, the United States submits that the dispositive motion deadline should be reset to January 17, 2007, which is 30 days after the new deadline for Buaiz's deposition.

Date: November 5, 2007                                  Respectfully submitted,

                                                              /s/ John J. LoCurto
                                                              JOHN J. LoCURTO
                                                              Trial Attorney, Tax Division
                                                              U.S. Department of Justice
                                                              P.O. Box 227, Ben Franklin Station
                                                              Washington, D.C. 20044
                                                             Telephone: (202) 307-2793
                                                             Facsimile:  (202) 514-6866
                                                            Email: john.j.locurto@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney
555 4th Street, NW
Washington, DC 20530

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
|        Plaintiff, | ) |
| v. | ) No. 1:06-CV-1312 (RMC) |
| UNITED STATES, | ) |
|        Defendant. | ) |

**Certificate of Service**

I certify that, on November 5, 2007, I electronically filed the United States' response to plaintiff's request for a discovery conference and caused a copy to be served on plaintiff via Federal Express as follows:

Joseph A. Buaiz Jr., Pro Se
1783 Rocky Springs Road
Bean Station, TN 37708

                                                /s/ John J. LoCurto
                                                JOHN J. LoCURTO