

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

OCT 2 6 2007

Joseph A. Buaiz, Jr.
1783 Rocky Springs Road
Bean Station, Tn 37708

Dear Mr. Buaiz:

This is in response to your request, dated October 16, 2007 and received in our office on October 19, 2007.

Your request was for a certified copy of the Individual Master File (IMF) Complete transcript pertaining to account number 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, for tax years 1979 through 2007.

We are enclosing a copy of the complete transcript, consisting of fifty-seven (57) pages. The complete transcript gives the "complete" on-line data file.

The documents furnished in response to your request have not been certified since certification merely means the document is a true copy of a document in IRS records. It does not speak to the accuracy or validity of the contents of the document. The documents and transmittal letter themselves speak of their authenticity. Enclosed is the $1.00 Postal Money Order. This constitutes a full grant of your request.

Should you have any questions concerning this correspondence, you may contact Disclosure Assistant, C. Melsen, ID badge number # 58-09375, by calling (404) 338-8538 or by writing to: Internal Revenue Service, Disclosure Office Six, 401 W. Peachtree Street, Stop 602-D, Atlanta, Georgia 30308. Please refer to case number 06-2008-0083.

Sincerely,

*Marie Twarog*

Marie Twarog
Acting Disclosure Manager
ID # 07-08708
Atlanta, Disclosure Office Six

Enclosure

**Attachment # 1**

8 - 29

| Trans Code | DR/CR | File | Title | Valid Doc. Code | Remarks |
|---|---|---|---|---|---|
| 520 | | I/B/A | IRS Litigation Instituted | 77 or Generated Transaction | Freeze is released by TC 521 or 522. Some CCs suspend CSED. See Section 11.08(6). For IMF only an optional CSED TIN indicator (P) Primary, (S) Secondary or (B) Both can be used to identify which taxpayer the extension applies to. (See Section 11 for appropriate closing codes) |
| 521 | | I/B/A | Reversal of 520 | 77 | Records reversal of a previously posted TC 520. If TC 520 posted prior to cycle 8624, TC 550 must be input to extend the CSED. Refer to section 11 for specific CC reversal activity. |
| 522 | | I/B/A | Correction of 520 Processed in Error | 77 | Indicates and reverses previously posted 520's as an error, and causes Closing Codes, if 70-89, to be updated to zeros. |
| 524 | | | Collateral Agreement Pending | | Indicates that a Collateral Agreement is pending. Suspends Collection action (IDRS only—Does not post to master file) |
| 525 | | | Collateral Agreement No Longer Pending | | Reverses TC 524. |
| 528 | | I/B/A | Terminate Stay of Collection Status | | Terminates the stay of collection status 41 or 42. When a TC 528 pends to a module, it comes out of status 41/42. New status is determined by status prior to 41/42. (IDRS only—Does not post to master file). |
| 530 | | I/B/A | Currently not Collectible Account | 77 | A balance due account is considered currently not collectible. Closing Code is 01-39. (see Section 11 TDA Closing Codes for appropriate closing codes) TC 530 CC 08 generates TC 540 and set the MFR to 8. |
| 531 | | I/B/A | Reversal of a Currently not Collectible Account | 77 | Indicates that the Account is now considered collectible. |
| 532 | | I/B/A | Correction of 530 Processed In Error | 77 | Indicates the previously posted 530 is in error. |
| 534 | Credit (PJ) | I/B/A | Expired Balance Write-off, accrued or assessed | 54 | May be input for zero or with an amount. If input with an amount, it credits the tax module for the portion of assessed module balance on which the CSED has expired and restricts the computer from interest and Failure to Pay Penalty computations. |

Any line marked with # is for official use only

**Attachment # 2**

8 - 55

| Trans Code | DR/CR | File | Title | Valid Doc. Code | Remarks |
|---|---|---|---|---|---|
| 960 | | I/B/E | Add Centralized Authorization File Indicator Reporting Agents File | 77 | Adds CAF indicator to the module. Causes notices and/or refunds to be sent to authorized representative. Also can be generated when a TC 150 or 620 (BMF) with a significant CAF code posts and an unreversed TC 960 is not already posted. Also posts to the entity and sets the RAF-Filing and EFTPS Indicators. |
| 961 | | I/B/E | Reverse Centralized Authorization File Indicator | 77 | Reverses TC 960 and zeros module CAF indicator. BMF: For Reporting Agents File, posts to the entity, and zeros the RAF-Filing and EFTPS Indicators. |
| 962 | | I/B/E | Update Centralized Authorized File Indicator | 77 | Updates CAF Indicator in the module; does not reverse TC 960. BMF: For Reporting Agents File, posts to the entity and updates the RAF-Filing and EFTPS Indicators. |
| 970 | | B | F720 Additional Schedules; or | Generated Transaction | Generated when MFT 03 TC 150 posts with data transcribed from accompanying F8743. |
| | | | F945 liability amounts from F945-A and related dates | | Generated when MFT 16 TC 150 posts with data transcribed from accompanying F945-A. |
| | | | F941 liability amounts from Schedule B and related dates | | Generated when MFT 01 TC 150 posts with data transcribed from accompany Schedule B. |
| 971 | | B/I/A | Miscellaneous Transaction | 77 | Performs different actions based on the Action Code which are listed separately. |
| 972 | | B/I | Reverses Amended/Duplicate Return XREF TIN/Tax Period Data | 77 | Used to reverse TC 971. |
| 973 | | B | Application for Tentative Refund F1139 Processed Return Filed-8038 Series Return and Additional Filing of Form 5330 | 84 | Identifies receipt of Form 1139 application of tentative refund for corporation (valid for input after 4/1/1993). Tax liability assessed from additional original filing of Form 5330 and the posting of Form 8038 Series Return. |

Attachment # 3

**Any line marked with # is for official use only**



U.S. Department of Justice

Tax Division

*Civil Trial Section, Eastern Region*

EJO'C:DAH:JJLoCurto:CEO  
5-16-4073  
CMN 2006105045

Post Office Box 227  
Washington, DC 20044

Telephone: (202) 307-2793  
Telecopier: (202) 514-6866

November 17, 2006

**VIA FEDERAL EXPRESS**  
Andrew M. Stroot, Esq.  
Internal Revenue Service  
950 L'Enfant Plaza  
Washington, DC 20024

Re:   *Buaiz v. United States*, No. 1:06-CV-1313 (RMC) (D.D.C.)

Dear Mr. Stroot:

    Enclosed please find copies of the reply brief, revised order, and certificate of service filed in the above-referenced tax protest action. As we discussed, we (1) withdrew our exhaustion arguments, (2) reiterated our request to dismiss for failure to allege actionable "collection" activity, and (3) renewed our request to dismiss the Administrative Procedure Act and related claims for lack of subject matter jurisdiction.

    Assuming the court grants the motion in full, six counts will remain and will have to be addressed. To that end, please provide the plaintiff's administrative file to enable us to answer, move or otherwise respond to the plaintiff's allegations. In addition, as we discussed, we should be prepared to file counterclaims against plaintiff for his outstanding income tax and penalty liabilities. As such, please provide this office with a supplemental letter authorizing counterclaims along with certified transcripts for each tax liability/period you would like us to pursue. We ask that you provide these materials by December 20, 2006.

    Thank you for your assistance and cooperation.

Sincerely yours,

JOHN J. LOCURTO  
Trial Attorney  
Civil Trial Section, Eastern Region

Enclosures

**Attachment # 4**

Presented by the Federal Election Commission

## Individual Contributions Arranged By Type, Giver, Then Recipient

## Contributions to Political Committees

**LETHCO, MARY J MS.**
SEVIERVILLE, TN 37876
I.R.S./REVENUE OFFICER

REPUBLICAN NATIONAL COMMITTEE
07/19/2004                 250.00                                              24962169511

## Total Contributions:   250.00

TRY A: NEW QUERY
RETURN TO: FEC HOME PAGE

**Attachment # 5**