UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1312 (RMC) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment on Counterclaims Against Plaintiff [Dkt. # 36] is **GRANTED**. Judgment for the United States and against Mr. Buaiz will be entered in the amount of $38,315.98, plus interest.

**SO ORDERED**.


Date: November 26, 2007                          /s/
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge