UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
|       Plaintiff, | ) |
| v. | ) No. 1:06-CV-1312 (RMC) |
| UNITED STATES, | ) |
|       Defendant. | ) |

**United States' Opposition to Joseph A. Buaiz Jr.'s
Motion to Strike Exhibits and the Certification of Jane Lethco**

     Plaintiff Joseph A. Buaiz Jr. has moved to strike exhibits and the certification of Jane Lethco, which the United States submitted in support of its motion for summary judgment on its counterclaims against plaintiff. Plaintiff contends that the exhibits and certification should be stricken based on "fraud, falsification, and inadmissibility . . ." (PACER doc. no. 42 at 1.)

     On November 26, 2007, the Court granted the United States' summary judgment motion and entered judgment against plaintiff on the United States' counterclaims. In doing so, the Court rejected plaintiff's claim that the exhibits and Lethco certification now at issue were fraudulent, false, and inadmissible. (PACER doc. no. 43 at 3-5.) Therefore, plaintiff's pending motion to strike is moot and should be denied.

//

//

//

Date: November 27, 2007                                    Respectfully submitted,

                                                     /s/ John J. LoCurto
                                                   JOHN J. LoCURTO
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice
                                                   P.O. Box 227, Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   Telephone: (202) 307-2793
                                                   Facsimile:  (202) 514-6866
                                                   Email: john.j.locurto@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney
555 4th Street, NW
Washington, DC 20530

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:06-CV-1312 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### Certificate of Service

I certify that, on November 27, 2007, I electronically filed the United States' opposition to plaintiff's motion to strike exhibits and the certification of Jane Lethco, and caused a copy thereof to be served on plaintiff via Federal Express as follows:

Joseph A. Buaiz Jr., <u>Pro Se</u><br>
1783 Rocky Springs Road<br>
Bean Station, TN 37708

/s/ John J. LoCurto
JOHN J. LoCURTO

- 3 -