# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.  If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| **Names and Addresses of Parties against whom judgments have been obtained** | **Names of Parties in whose favor judgments have been obtained** |
|---|---|
| Joseph A. Buaiz, Jr.<br>1783 Rocky Springs Road<br>Bean Station, TN 37708 | UNITED STATES OF AMERICA<br><br>CIVIL ACTION NO. 1:06-cv-1312 |

| **Amount of Judgment** | **Names of Creditors' Attorneys** | **Docketed** |
|---|---|---|
| $38,315.98 plus statutory interest accruing from July 17, 2007, until paid. | JOHN J. LoCURTO<br>TRIAL ATTORNEY, TAX DIVISION<br>U. S. DEPARTMENT OF JUSTICE<br>P.O. BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, D.C.  20044 | JUDGMENT ENTERED:<br><br>November 26, 2007 |

UNITED STATES OF AMERICA,       CLERK'S OFFICE       U.S. DISTRICT COURT FOR
                                                     THE DISTRICT
                                                     OF COLUMBIA

                                                                                    SS

I CERTIFY, that the foregoing is a correct Abstract of Judgment entered or registered by this Court.

Dated, [City]_____,2007

                              _____

By          _____, Deputy Clerk

2898461.1

**Certificate of Service**

      I certify that, on November 29, 2007, I electronically filed the foregoing abstract of judgment and caused a copy thereof to be served via regular mail, postage prepaid, on plaintiff Joseph A. Buaiz Jr. at 1783 Rocky Springs Road, Bean Station, TN 37708.

      /s/ John J. LoCurto
      JOHN J. LoCURTO

2898461.1