UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. BUAIZ, JR.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 06-1312 (RMC) |

## ORDER

On November 15, 2007, Plaintiff Joseph A. Buaiz, Jr. moved to strike all exhibits and the certification of Ms. Jane Lethco [Dkt. # 42], which Defendant United States submitted in support of its motion of summary judgment on its counterclaims against Mr. Buaiz [Dkt. # 36]. On November 26, 2007, this Court granted the United States' motion for summary judgment on its counterclaims and entered judgment against Mr. Buaiz on the United States' counterclaims. In doing so, the Court rejected Mr. Buaiz's claim that the exhibits and Ms. Lethco's certification were fraudulent, false, and inadmissible. *See* Mem. Op. [Dkt. # 43] at 3-5. It is hereby

**ORDERED** that Plaintiff's motion to strike [Dkt. # 42] is **DENIED** as moot.

**SO ORDERED**.


Date: December 12, 2007                         /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge