UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOSEPH A. BUAIZ JR.,                )
        Plaintiff,                     )
                                       )
v.                                  )   No. 1:06-cv-1312 (RMC)
                                       )
UNITED STATES,                      )   **Stipulation of Voluntary Dismissal**
        Defendant.                     )

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Joseph A. Buaiz Jr. stipulates, with the United States' consent, to dismissal without prejudice of counts 6, 11, 14, 15, 16, and 18 of plaintiff's amended verified complaint, which are the only claims that remain pending in this case. The parties shall bear their own costs. This stipulation does not affect or vacate (1) the Court's January 24, 2007, opinion and order granting in part and denying in part the United States' motion to dismiss, or (2) the Court's November 26, 2007, opinion and order granting the United States' motion for summary judgment. Plaintiff reserves the right to appeal the Court's decisions in this case, including the decisions identified in this stipulation.

_____ 12/12/07       _____ 12/6/07
JOSEPH A. BUAIZ JR.     /Date        JOHN J. LoCURTO        /Date
Plaintiff *Pro Se*                   Trial Attorney, Tax Division
1783 Rocky Springs Road              United States Department of Justice
Bean Station, TN 37708               P.O. Box 227, Ben Franklin Station
                                     Washington, D.C. 20044

                                     OF COUNSEL:
                                     JEFFREY A. TAYLOR
                                     United States Attorney

**RECEIVED**
DEC 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT